# FY22 Racial Equity Cohort Departmental Racial Equity Action Frameworks

Mayor's Office of Diversity, Equity, & Inclusion
Supported by Equity & Results
November 2022

# Racial Equity Cohort Leadership

| Mayor's Office of Diversity, Equity and Inclusion | Equity and Results |
|---|---|

**Nefertiri Sickout**
Chief Diversity, Equity and Inclusion Officer

**Josie Pickens**
Deputy Diversity, Equity and Inclusion Officer

**Télyse Masaoay, MSW**
Racial Equity Strategist and Content Creator

**Erika Bernabei**
Co-Lead

**Theodore Miller, Esq.**
Co-Lead

**Ronak Okoye**
Facilitator

**Marcais Frazier**
Facilitator



# Overview of Racial Equity Cohort Process

- In January 2020, Mayor Kenney issued Executive Order 1-20 requiring all City departments complete a Racial Equity Action Plan by 2023.

- The City has worked with a consulting partner, Equity & Results, to facilitate groups of City departments and agencies or "Racial Equity Cohorts" and help them identify root causes of disparate outcomes and solutions.

- The first cohort of 10 departments (FY21) completed the Racial Equity Cohort process and Racial Equity Action Plans in August 2021.

- This document summarizes the process, analyses, and recommendations for the second cohort of departments (FY22) that concluded in August 2022.

City of Philadelphia

# FY22 Racial Equity Cohort Timeline

**Racial Equity Foundational Learning Series**



**SEPTEMBER 2022**

**MAY 2022**

**JULY 2022** Departmental Leadership Briefings

**DECEMBER 2022**

**JUNE 2022** Cohort Departments Draft Racial Equity Action Plans

**AUGUST 2022** Culminating Session with Mayor Kenney

**Monthly Results-Based Accountability Training for Cohort Participants**



# Participating City Departments in FY22 Racial Equity Cohort

- Department of Behavioral Health and Intellectual disAbility Services

- Department of Human Services

- Finance Department

- Free Library of Philadelphia

- Law Department

- Office of Criminal Justice

- Office of Homeless Services

- Office of Human Resources

- Office of Sustainability

- Philly311

- Philadelphia Fire Department

- Philadelphia Police Department

- Philadelphia Water Department



# Glossary of Abbreviations

- **BIPOC:** Black, Indigenous, People of Color

- **CBH:** Community Behavioral Health

- **CLS:** Criminal Legal System

- **DBHIDS:** Department of Behavioral Health and Intellectual disAbility Services

- **DEI:** Diversity, Equity and Inclusion

- **DHS:** Department of Human Services

- **EMS:** Emergency Medical Services

- **FLP:** Free Library of Philadelphia

- **FY:** Fiscal Year

- **MDO:** Managing Director's Office

- **OCJ:** Office of Criminal Justice

- **OHS:** Office of Homeless Services

- **OHR:** Office of Human Resources

- **OOS:** Office of Sustainability

- **PFD:** Philadelphia Fire Department

- **PPD:** Philadelphia Police Department

- **PWD:** Philadelphia Water Department

- **STEM:** Science, Technology, Engineering, and Math

- **TBD:** To Be Determined



# Department Overview: How to Interpret the Slides

**Results Statement:**  ← Each department has developed a results statement, which describes their team's vision for Philadelphia.

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| | | |

Root causes describe a department's understanding of why racial inequities exist within the department, its services, and/or its relationship with the City.

Each department brainstormed several strategies for each root cause it identified. These strategies may be policies, procedures, and/or programs.

Performance measures are data points that assess how well a policy, procedure, or program is working. Departments identified potential performance measures, which may not reflect current data collection efforts <u>and</u> may require new intradepartmental collaborations. The measures reflect goals for data collection that would best inform future strategies.



# Emergent Priority Strategies: How to Interpret the Slides



| Root Causes | Initial Priority Recommendation | Next Steps |
|---|---|---|

Each department has identified a **root cause that drives racial inequity** within the department, its services, and/or its relationship with the City. The priority root cause for the department will be listed in this column.

To address the root cause of inequity, the department has developed several **recommendations to change policies, procedures, and/or program**. The department's priority recommendation will be listed in this column.

To accomplish the goals outlined by the recommendations, each department has identified **key short-term actions**.



# Key Themes from Emergent Priority Strategies

Each participating department selected one emergent priority strategy. These strategies can be grouped into four categories:

## Theme 1: Meaningful BIPOC Community Partnerships

- Philadelphia Fire Department
- Philadelphia Water Department
- Philly311

## Theme 2: Human Capital Policy Changes

- Free Library of Philadelphia
- Law Department
- Office of Criminal Justice
- Office of Human Resources
- Office of Sustainability

## Theme 3: Culture Change through Training & Development

- Department of Behavioral Health and Intellectual disAbility Services
- Department of Human Services
- Philadelphia Police Department

## Theme 4: Data & Performance Systems Accountability

- Finance Department
- Office of Homeless Services

*The following slides summarize the findings and recommendations from the 13 participating departments. These findings and recommendations reflect the goals of the departments' racial equity cohort team. It is important to note that some recommendations and next steps may require cross-departmental collaborations, further strategizing and development, and/or additional resources. The Mayor's Office of DEI will continue to support departments to realize their racial equity action plans.



# Theme 1: Meaningful BIPOC Community Partnerships

**Philadelphia Fire Department**

**Philadelphia Water Department**

**Philly311**

# Philadelphia Fire Department

**Results Statement: All Philadelphians feel safe.**

| Root Causes | Strategies | Performance Measures |
| --- | --- | --- |
| **Community Racial Empathy Gap** | Review and propose revisions to transfer policy | • % increase in perceived feeling of community safety |
| **Department culture of white, male predominance.** | Dedicate PFD personnel to DEI / professional standards efforts | • % improvement in BIPOC employment within PFD *(collaboration with Office of Human Resources)* |
| **BIPOC community perception of unappealing and/or unobtainable career.** | Increase and diversify opportunities to entry into PFD employment | • % increase in Philadelphia BIPOC interest in applying to work in the department *(collaboration with Office of Human Resources)* |


City of Philadelphia

# Philadelphia Fire Department's Emergent Priority

## Theme 1: Meaningful BIPOC Community Partnerships

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Community Racial Empathy Gap.** There is a perceived lack of understanding and empathy within the Fire Department for the ongoing impact of fire on BIPOC communities, including sudden cardiac arrest of Black men. | **Strategic Transfer Policy.** Where possible under existing collective bargaining agreements, propose changes to current officer transfer policy that would add qualitative criteria, such as community engagement or secondary language fluency. Staff rotation rubric would then facilitate staff placement in areas where the community perceives staff to be relatable, competent, and effective. | 1. Research collective bargaining implications, if any, for policy change 2. Draft and propose an update to current officer transfer policy, if feasible 3. Discuss draft policy with stakeholders and determine ways to beta-test or pilot the updated policy |



# Philadelphia Water Department

**Results Statement: All Philadelphians experience and feel pride in their City.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Lack of diversity in STEM/PWD workforce** | Shift resources and attention to internship & apprenticeship program that serves BIPOC college students and high school graduates. | • % BIPOC interns and apprentices hired annually<br>• % BIPOC apprentices that are promoted to civil servant status<br>• # increase of PWD skilled trades who want to become mentors |
| **Lack of diversity in trade unions** | Add contractual mechanisms to Public Works contract procurement that incentivizes BIPOC and women from project area resident pool. | • % increase in BIPOC and women recruited and placed in City construction projects within their respective communities<br>• % increase in ownership of trade-skills businesses among BIPOC<br>• Increased trust with project area residents regarding benefits of Public Work activities |


City of Philadelphia

# Philadelphia Water Department's Emergent Priority

## Theme 1: Meaningful BIPOC Community Partnerships

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Lack of diversity in STEM and Water Department workforce.** This is perpetuated by the Department's focused partnership with Drexel University. This partnership primarily serves White, privileged students from outside of the City. | **Shift resources and attention to internship & apprenticeship program that serves BIPOC college students and high school graduates.** This will involve developing a more robust mentorship and support for interns and apprentices. All managers will be trained in mentorship and career path guidance. | 1. Establish new recruitment relationships (10/22) <br> 2. Train all managers and supervisors in mentorship, career path guidance, and supervision for interns & apprentices (12/22) <br> 3. Create general intern & apprentice requests to give more apprentices opportunities for positions that are typically requested for Drexel co-ops (2/23) |



City of Philadelphia

# Philly311

## Results Statement: All People in Philadelphia live in clean and safe neighborhoods.

| Root Causes | Strategies | Performance Measures |
| --- | --- | --- |
| **"Effective service if white"** | Race Equity Re-envisioning Project | • % resolution rate improvement in targeted community (by race/ethnicity)<br>• % of BIPOC trust/believe in 311 as service focused on their problems |
| **Community Racial Competence Gap** | • Internal Racial Competencies Expansion Project<br>• BIPOC Recruitment Project | • % resolution rate improvement in targeted community<br>• # of incidents staff/leaders utilize equity principles to resolve resident needs<br>• % BIPOC callers sense of connectedness to staff/311 |



# Philly311's Emergent Priority

## Theme 1: Meaningful BIPOC Community Partnerships

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **"Effective Service if White."** There is an external perception from Black and brown residents that their communities are disregarded despite thousands of calls. There is an overwhelming lack of BIPOC trust in Philly311's service focused on their problems. | **Race Equity Re-Envisioning Project.** This project would involve internal and external education and mission re-design through quarterly community engagement sessions, City Council walkthroughs, and consistent surveying. All of this must be done in collaboration with BIPOC community stakeholders. | 1. Establish re-envisioning and outreach team (8/22) 2. Establish community partnership(s) for pilot engagement sessions (10/22) 3. Launch re-envisioned and branded items in community walkthroughs and engagement sessions (11/22) |



# Theme 2: Human Capital Policy Changes

**Free Library of Philadelphia**

**Law Department**

**Office of Criminal Justice**

**Office of Human Resources**

**Office of Sustainability**

# Free Library of Philadelphia

**Results Statement: All Philadelphians are able to experience a full and enriched life and use the library free of barriers..**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Safety in Opposition to Library Usage for BIPOC** | Targeted Staff Expansion Project | • % increase in fully open and operational hours in BIPOC communities<br>• % increase in visits in BIPOC communities<br>• % increase in BIPOC sense of safe utilization of Free Library |



# Free Library of Philadelphia's Emergent Priority

## Theme 2: Human Capital Policy Changes

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Safety in Opposition to Library Usage for BIPOC.** The Free Library has a culture and practice of mitigating victimizations by closing and limiting spaces of literacy to promote safety for staff and residents. | **Targeted Staff Expansion Project.** This project will enhance the safety and access of libraries for BIPOC by:<br><br>• Equipping library staff to de-escalate and provide safe customer care,<br><br>• Deepening community partnership model in target neighborhoods,<br><br>• Convening cross-departmental safety anchors, and<br><br>• Recruiting and hiring culturally competent staff. | 1. Meet with Mayor's policy team regarding priority library staffing (Ongoing)<br><br>2. Convene cross-department safety partners (8/22)<br><br>3. Outline and socialize staff training series with key stakeholder partners (10/22) |



City of Philadelphia

# Law Department

**Results Statement: All Philadelphians receive the benefits of a diverse government that reflects and respects the population it serves.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **There are educational and access inconsistencies in BIPOC communities entering the law pipeline, which negatively impacts our recruitment efforts.** | Build and strengthen pipelines with BIPOC high school to law students and affinity bar groups through outreach | • Increase in awareness of the work of the Law Department among students and legal professionals<br>• Increase in awareness of the benefits of working at the Law Department among students and legal professionals |
| **BIPOC communities disproportionately experience wealth gaps and must make decisions to leave Law Department positions based on pay. This negatively impacts our ability to retain talent.** | Embrace value of experiences Law Department employees can gain while advocating for pay increases. | • Increased pay of Department employees<br>• Increase in awareness of the benefits of working at the Law Department among students and legal professionals |


City of Philadelphia

# Law Department's Emergent Priority

## Theme 2: Human Capital Policy Changes

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **BIPOC communities disproportionately experience wealth gaps and must make decisions to leave the Law Department positions based on pay.** This negatively impacts the Department's ability to retain talent. | **Embrace value of experiences Law Department can gain while advocating for pay increases to support retention.**<br>• Aggregate resources and circulate, and<br>• Communicate and amplify the value of Law Department for all departments | 1. Launch internal website to increase transparency and communication (9/22)<br>2. Public core competency guides (9/22)<br>3. Prioritize management training for BIPOC employees and mentorship program (12/22) |


City of Philadelphia

# Office of Criminal Justice

**Results Statement: Every Philadelphian is safe and healthy in their community.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Overcriminalization through Implicit Bias** | Lived Experience Power Project | • % increase in MDO staff with CL lived experience (disaggregated by race/ethnicity)<br>• % increase in sense of self-efficacy/power for staff with lived experience in CLS |
| **Purposeful Criminal Legal System** | Essential City Services Reconciliation Project | • % of formerly incarcerated persons stably housed and employed (disaggregated by race/ethnicity)<br>• % BIPOC self-reported immediate needs being met by City |



# Office of Criminal Justice's Emergent Priority

## Theme 2: Human Capital Policy Changes

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Overcriminalization through Implicit Bias.** Philadelphia decision-makers in the criminal legal system are unaccountable to implicit racial biases. | **Lived Experience Power Project.** This project enhances social/cultural competency through:<br>• Managing Director's Office criminal legal system language training,<br>• Minimum qualifications redesign,<br>• Lived experience performance review prioritizations,<br>• Targeted enhanced professional development, and<br>• Vendor/contractor audit. | 1. Identification of cross-department design team (8/22)<br>2. Launch and pilot test language guide and training (10/22)<br>3. Outline and socialize professional development series with key stakeholder partners (11/22) |



# Office of Human Resources

**Results Statement: All Philadelphians are financially secure and enjoy a high quality of life.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Limitations of hiring and promotions "rules"** | Develop Civil Service Hiring & Promotions Racial Equity Strategy | • %/# increase in diverse hires and promotions in racially inequitable City Service positions<br>• %/# increase of BIPOC candidates eligible for hiring and promotions |



# Office of Human Resources' Emergent Priority

## Theme 2: Human Capital Policy Changes

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Limitations of hiring and promotion "rules."** Certain rules dictate job descriptions and qualification requirements, which limits job access in the City for BIPOC. OHR can own this work for Civil Service positions, but partnerships with other departments is required to address 900+ job titles. | **Develop Civil Service Hiring & Promotions Racial Equity Strategy.** This involves developing a plan to identify, assess, and change Civil Service job descriptions that results in racial inequities. | 1. Determine strategy leads and preliminary resources needed (8/22) 2. Develop & document Civil Service hiring review strategy (10/22) 3. Establish cross-department partnership for job requirement review/updates (TBD) |



# Office Sustainability

**Results Statement: All Philadelphians are equitably protected from environmental harms and benefit from environmental investments and opportunities.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Environmental oppression due to structural and institutional racism has excluded BIPOC communities from the political standing and educational and professional opportunities to shape the environmental conditions in which they live, learn, work, and play.** | • Strengthen BIPOC leadership in climate policy and environmental governance<br>• Use inclusive and diverse education approaches to increase the capacity of impacted voices to influence decision-makers and drive change | • %OOS staff identifying as BIPOC<br>• % identifying as BIPOC promoted in OOS leadership positions<br>• # BIPOC residents collaborating and working together on community-driven solutions to environmental injustice |
| **The design and delivery of City programs and services fail to recognize and address the root causes and impacts of climate vulnerability and environmental injustice.** | • Strengthen engagement and planning process to address uneven power dynamics<br>• Resource impacted residents to implement community-driven actions that build community assets and address trauma caused by historical and ongoing oppression | • # of participatory community dialogue events held<br>• #/amount of community resilience and environmental justice micro-grants awarded to BIPOC communities<br>• # of place-based initiative in BIPOC communities |


City of Philadelphia

# Office of Sustainability's Emergent Priority

## Theme 2: Human Capital Policy Changes

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **The design and delivery of City programs and services** fails to recognize and address root causes and impact of climate vulnerability and environmental injustice. | • **Strengthen engagement and planning process to address uneven power dynamics.** Collaborate to replicate place-based initiatives, co-convene equity & accountability teach-ins with the Environmental Justice Advisory Council.<br><br>• **Launch micro-grant program.** Impacted residents should implement community-driven actions that build community assets and address trauma caused by historical and ongoing oppression. | 1. Host environmental justice community dialogue series in overburdened communities (9/22)<br><br>2. Establish an evaluation system for monitoring the impact of existing place-based initiatives (12/22)<br><br>3. Launch application cycle for first rounds of micro-grants (2/23) |

City of **Philadelphia**

# Theme 3: Culture Change through Training & Development

**Department of Behavioral Health and Intellectual disAbility Services**

**Department of Human Services**

**Philadelphia Police Department**

# Department of Behavioral Health and Intellectual disAbility Services

**Results Statement: All Philadelphia adults experiencing behavioral health challenges can reach their full potential.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Lack of knowledge and understanding of how to navigate complex behavioral health systems to access services inclusive of healthcare coverage.** | • Develop targeted strategies for BIPOC adults to promote increased awareness for DBHIDS and its available resources, services, and treatments<br><br>• Educate BIPOC adults about the signs and symptoms of behavioral health disorders and how to access services | • Increase knowledge, awareness, and utilization of behavioral health services among BIPOC, particularly outpatient/non-acute levels of care |
| **Shortage of professionals with cultural humility and linguistic competence within the provider network.** | Diversify the DBHIDS/CBH provider network to ensure that Philadelphia BIPOC adults have the option to access quality behavioral health services from professionals who look like them and share a similar cultural experience and language. | • # of BIPOC service contracts within the provider network that reflect Philadelphia's population and can provide behavioral health services in a culturally humane and linguistically competent way |



# Department of Behavioral Health and Intellectual disAbility Services' Emergent Priority

## Theme 3: Culture Change through Training & Development

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Lack of knowledge and understanding of how to navigate complex behavioral health systems to access services inclusive of healthcare coverage.** | • Develop targeted strategies for BIPOC adults to **increase awareness of DBHIDS** and its available resources, services, and treatments<br><br>• **Educate BIPOC adults about the signs and symptoms** of behavioral health disorders and how to access services | 1. Assess promising practices and challenges within existing outreach strategies (TBD)<br><br>2. With BIPOC stakeholders, develop new & targeted approach to increase DBHIDS awareness (TBD)<br><br>3. Create a messaging campaign to support education and awareness (TBD) |


City of Philadelphia

# Department of Human Services

**Results Statement: All families in the City of Philadelphia live with safety, permanency, and well-being.**

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **BIPOC families are targeted and experience over-surveillance bias via the DHS Hotline System** | Reengage, retrain, and reeducate external stakeholders regarding their dual roles | • % of external stakeholders & partners with paradigm shift of dual role of mandated reporter to mandated to supporter<br>• Increase in the number of calls to Philly Families Can (Support Line) and decrease calls to the DHS Hotline regarding allegations of poverty related neglect |
| **Cultural bias leads to disproportionate child abuse and neglect reporting for BIPOC families** | Develop a strategic system-wide plan for messaging | • Sample size survey of staff who report a decrease in implicit bias in their practice<br>• % increase of staff who receive implicit bias trainings |



# Department of Human Services' Emergent Priority

## Theme 3: Culture Change through Training & Development

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **BIPOC families are targeted and experience over-surveillance bias via the DHS Hotline System.** | **Reengage, retrain, and reeducate external stakeholders regarding their dual roles.** This requires defining the dual roles of Mandated Reporter vs. Mandated Supporter for stakeholders when they suspect child abuse, neglect, or families living in poverty. This also involves routinely sharing data that reflect BIPOC families receiving more unfair reports and developing a supplemental training plan. | 1. Curriculum development for supplemental training plan (10/22 – 3/23)<br>2. Pilot training with specialized groups (4/23 – 9/23)<br>3. Implement training with all Philadelphia Mandated Reporters (10/23) |



# Philadelphia Police Department

### Results Statement: All Philadelphians experience justice.

| Root Causes | Strategies | Performance Measures |
| --- | --- | --- |
| **Culture of policing** | Internal Rebrand and Reeducate Project | % of officers showing increased awareness and understanding of the impact of negative race relations between PPD personnel and Philadelphia communities |
| **Ineffective leadership development in understanding racial equity challenges** | Targeted leadership succession planning | % of command and supervisory staff showing increased understanding and better able to articulate racial equity challenges that exist in the department |
| **Unclear executive management expectations** | Clearly define and articulate expectations relating to the PPD's Action Plan Pillars for evolving crime-fighting strategies to ensure that equity is a central goal to reduce the negative impact on communities of color | %/# of officers that measure success with racial equity impact metrics |
| **Unrealistic expectations of police roles and responsibilities** | Inter-Agency Role and Responsibilities Communication Project | % of community members able to properly identify accurate roles and responsibilities of the police |



# Philadelphia Police Department's Emergent Priority

## Theme 3: Culture Change through Training & Development

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Culture of policing.** The Police Department has historically had a troubled relationship with BIPOC communities. Additionally, PPD has lacked sufficient internal mechanisms to address problematic behaviors. | **(Re)Educate Project.** This project involves educating officers on the impact, history, and structure of racism through Philadelphia policing and community relations. The project will include intentional partnerships with Black and brown community leader. | 1. Allocate budget resources for professional development centered around racial equity for PPD Executive Team (10/22) <br><br> 2. Establish community partnership(s) for pilot training through DEI Chief (12/22) |



City of Philadelphia

# Theme 4: Data and Performance Systems Accountability

**Finance Department**

**Office of Homeless Services**

# Finance Department

## Results Statement: All Philadelphians are financially secure and safe

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **No accountability mechanisms within the budget-setting process for department's failure to meet racial equity goals** | Requirement for departments to develop racial equity performance measures. | • City departments achieve racial equity goals and receive beneficial budget treatment |
| **Ineffective leadership development** | • Develop an education and outreach arm of the Finance Department<br>• Institutionalize resident participatory budget-making process | • BIPOC residents understand and have a voice in budget process<br>• BIPOC budget priorities addressed |
| **"Keep your head down" finance culture that keeps focused on their siloed workstreams** | Address Finance's culture by incentivizing sustained participation in collective reparations, education, and outreach. | • BIPOC staff feel empowered & have a sense of belonging<br>• Staff understand relationship between city finance functions & racial equity work |



# Finance Department's Emergent Priority

## Theme 4:  Data and Performance Systems Accountability

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **No accountability mechanisms within the budget-setting process.** Departments are asked to include racial equity justification statements with proposed budgets.  When departments do not meet their racial equity goals, it is unclear how they are held accountable. | **Implement a racial equity performance measurement program** that requires racial equity goal achievement for budget increases/decrease decisions. This includes the following steps:<br><br>• Proposed department budgets are evaluated and allocated based on success or failure to meet racial equity goals and reducing indemnity claims, and<br><br>• Racial equity requirements are institutionalized through written policies and procedures. | 1. Outline structure of racial equity performance measurement program (TBD)<br><br>2. Train finance/budget teams in performance measurement program (TBD)<br><br>3. Support departments to develop racial equity measures (Ongoing) |


City of Philadelphia

# Office of Homeless Services

## Results Statement: All people in Philadelphia thrive and have a sense of purpose.

| Root Causes | Strategies | Performance Measures |
|---|---|---|
| **Lack of transparency** | • Data collection & communication<br>• Intake/community resource sites targeted for BIPOC residents and staff | • % of BIPOC reporting housing insecurity and needing housing resources (track to develop baseline and compare to system measures)<br>• The extent to which persons who exit homelessness to permanent housing destinations return to homelessness in two years |
| **Lifetimes of undervalued & underpaid BIPOC labor** | • Policy and legislative advocacy for systems change | • % of BIPOC providers and landlords<br>• # lived experience staff to advocate and shape OHS' legislative agenda |



# Office of Homeless Services' Emergent Priority

## Theme 4: Data and Performance Systems Accountability

| Root Cause | Initial Priority Recommendation | Next Steps |
|---|---|---|
| **Lack of transparency.** There is a lack of data sharing practices among city agencies & City Council. This results in disjointed and inconsistent information sharing about homeless services in BIPOC communities. | **Data collection & communication.** This short-term strategy involves liaising with City Council to collect information about resident experiences, improve the OHS presence at Philadelphia events, and reclaim messaging about OHS services. | 1. Schedule check-in meetings with City Council Offices regarding tracking housing insecurity (9/22) <br> 2. Establish re-envisioned OHS messaging strategy (10/22) <br> 3. Increase community engagement (12/22) <br> a. Craft message & compile resources <br> b. Identify community event opportunities <br> c. Outline plan for attendance |


City of Philadelphia

# How to Get Involved

- **If you are interested in learning more about this work,** please visit the Office of Diversity, Equity and Inclusion's [website](#).

- **If you have any questions about these strategies** or how to implement racial equity practices in your own organization, please reach out to [Telyse.Masaoay@phila.gov](#)





# Thank You!