

**Office of**
**Diversity, Equity and Inclusion**

## City Of Philadelphia
Diversity, Equity & Inclusion
Plan Template

# TABLE OF CONTENTS

**Introduction**      **1**

**How to Complete the DEI Plan Template**      **2**

**GOAL 1:** Sustainable Department Infrastructure      **6**

**GOAL 2:** Workforce Equity & Workplace Inclusion      **7**

**GOAL 3:** Impactful Learning and Professional Development      **10**

**GOAL 4:** Budget Equity      **11**

**GOAL 5:** Inclusive Contracting      **12**

**GOAL 6:** Equitable City Services and Community Engagement      **12**

**GOAL 7:** Racial Equity Action Plan Progress      **15**



# INTRODUCTION

**The City of Philadelphia Mayor's Office of Diversity, Equity and Inclusion ("ODEI")** works with City departments, external partners, and community members to improve diversity and organizational culture within the City of Philadelphia workforce and to dismantle institutional and structural barriers that have held back many Philadelphia residents for too long. The Office reinforces the City's commitment to creating a more equitable Philadelphia, where race, ethnicity, disability, gender, gender identity, sexual orientation, income, or neighborhood are not a determinant of success. An equitable Philadelphia is one where all thrive.

In 2022, ODEI created this first-of-its-kind Diversity, Equity and Inclusion Plan Template ("DEI Plan Template") to provide guidance to City departments and to measure the performance of our Citywide DEI strategies. The DEI Plan Template provides shared direction consistent with best practices, encourages commitment, and creates alignment so City departments can approach their workplace and community diversity, equity and inclusion efforts in a consistent, collaborative, and impactful manner.

The DEI Plan Template was designed in compliance with City of Philadelphia Executive Orders 1-16 and 1-20, which require all City departments and offices under the authority of the Mayor to prepare an annual employment diversity and inclusion plan. The DEI Plan Template sets forth the City of Philadelphia's core DEI goals and objectives as well as the strategies and performance measures that will allow us to measure the City's success and areas for growth.

Starting in 2023, ODEI will release department DEI plans on its website with the goal of ensuring transparency and inviting the public to review and comment on the City's DEI performance. Together we can build a more diverse, equitable and inclusive Philadelphia.

**Josie B. H. Pickens, Esq.**
Chief Diversity, Equity and Inclusion Officer
City of Philadelphia Mayor's Office of Diversity, Equity and Inclusion



# HOW TO COMPLETE THE DEI PLAN TEMPLATE

This Diversity, Equity and Inclusion Plan Template is designed to enable City departments to advance a holistic DEI strategy built upon foundational principles and goals that deepen impact, create transparency, and support accountability. The DEI Plan Template allows City Departments to document, measure and communicate progress toward Citywide DEI goals and department specific DEI goals, as described more fully below.

Each City department or agency will utilize the DEI Plan Template to create an individualized DEI Plan. Completion of the DEI Plan Template will serve as your department's individualized DEI Plan.

Departments will receive the DEI Plan Template on May 2, 2022 and must submit completed Plans to the Office of Diversity, Equity and Inclusion on or before June 30, 2022. This DEI Plan will serve as your Department's FY23 DEI Plan.  Plans are expected to be updated each fiscal year. The Office of Diversity, Equity & Inclusion will review and support each department's progress on implementation of its DEI Plan during quarterly check-in meetings.

The Office encourages departments to complete their DEI Plans as fully as possible. To that end:

■ Where information is unavailable or will require additional time to develop, departments should so indicate in their responses.

■ If departments have developed or are in the process of developing department-specific strategies, departments are welcome to incorporate or attach those strategies to their DEI Plans.

■ If sections of the DEI Plan Template are inapplicable, departments should so indicate in their responses.

Department leadership are encouraged to engage a diverse group of employees in completing their DEI Plans.

If you have questions about how to complete the DEI Plan Template, or for best practices to develop the strategies and performance measures set forth in the DEI Plan Template, please contact the Office of Diversity, Equity and Inclusion.

How to Complete the DEI Plan Template (cont.)

# DEFINITIONS

Each section of the department's DEI Plan should include goals, objectives, key strategies to achieve goals, and metrics and performance indicators. A brief description of each section element is set forth below:

- **GOALS:** The department DEI Plan will advance, document and measure progress toward seven Citywide diversity, equity and inclusion goals: **1) Sustainable Department Infrastructure; 2) Workforce Equity & Workplace Inclusion; 3) Impactful Learning and Professional Development; 4) Budget Equity; 5) Inclusive Contracting; 6) Equitable City Services and Community Engagement; and 7) Racial Equity Action Plan Progress.** In addition, the DEI Plan Template contains a section for departments to summarize changes that have occurred between quarters and a section for departments to document additional DEI strategies. A fuller description of the purpose behind each goal is included below.

- **OBJECTIVES:** In support of each goal listed above, specific objectives are set forth to help operationalize departmental DEI Plans. Objectives serve as measurable, concrete milestones to achieve each goal. For example, the workforce equity section will set forth the City's objectives (concrete milestones) to advance equity within the City's workforce. Departments may identify additional objectives, where helpful.

- **KEY STRATEGIES TO ACHIEVE GOALS:** Each section of the DEI Plan Template includes a list of strategies. The strategies serve as a coherent set of specific actions to support the accomplishment of each objective. Departments should identify and document any of the enumerated actions that are being used in pursuit of each of the City's DEI goals. Departments should also indicate whether they are using any additional actions that have not been enumerated in the DEI Plan Template, and identify any new actions to be implemented in FY23.

- **METRICS AND PERFORMANCE INDICATORS:** Each section of the DEI Plan Template includes metrics and performance indicators to measure progress toward achievement of the City's DEI goals. Departments should provide any relevant data in conjunction with the completion of their DEI Plan.

- **KEY DEI CONCEPTS:** As used throughout the DEI Plan Template, these core DEI terms are defined as follows:[1]

  - » **Anti-racism:** The act of interrupting racism. Anti-racism involves rejecting false notions of human difference; acknowledging lived experiences shaped along racial lines; learning from diverse forms of knowledge and experience, and challenging systems of racial inequality.

  - » **Diversity:** Differences and variation found in a group. Differences include (1) social identities: gender, race, ethnicity, age, sexual orientation, disabilities, class, etc. and (2) other personal attributes: expertise, values, worldviews, mindsets, ethics, experiences, etc.

  - » **Equity:** Equally high outcomes of access, opportunities, and success for all individuals, regardless of any social or cultural factor: (1) Removing any predictability of success or failure that currently correlates with social or cultural identity markers, and (2) interrupting unfair practices and eliminating biases.

  - » **Inclusion:** Valuing the perspectives and contributions of all people, incorporating the needs and viewpoints of the full diversity of the organization. A culture intentionally co-created by every member of the group, not merely the invitation for minoritized peoples to be present in existing space. A culture that enables different people to belong and operate in self-determined authentic ways.

  - » **Racial Equity:** Racial equity is (1) an outcome: the end of racial predictability in life outcomes and workplace outcomes and (2) a practice: a way of doing your day-to-day work, of asking critical questions about the potential impact of your actions and choices on existing racial inequities.

[1]Source of definitions: Abdur-Rahman, A., Bernabei, E., Dunbar, T., Ellis, C., Gabriel, A., Harris, A., Mayer, J., Miller, T., Ninh, A., Oki, K.J., Polite, E., Robbins, C., Thakore, M., and Zayne, J., (2015-2020) DEI Glossary. Retrieved at: tinyurl.com/DEI-glossary.

How to Complete the DEI Plan Template (cont.)

# PURPOSE OF EACH GOAL

## GOAL 1
### Sustainable Department Infrastructure

To achieve meaningful progress and impact in building a more diverse and inclusive government and improving the material conditions of Philadelphia's under-resourced communities, diversity, equity and inclusion must be embedded in the overarching mission, strategy and processes of each department. The purpose of this section of the DEI Plan Template is for departments to document and improve their efforts to imbed core DEI principles and practices within their mission and day to day operations.

## GOAL 2
### Workforce Equity & Workplace Inclusion

Workforce equity means that the city's workforce is reflective of the communities it serves across all leadership levels and functions of the government. Equally important, an inclusive workplace culture is one that promotes respect and creates a climate where all employees feel valued and welcomed. In alignment with the Office of Human Resources ("OHR") and Employee Relations Unit ("ERU"), and Executive Orders 1-16 and 1-20, the purpose of this section of the DEI Plan Template is for departments to document and improve their efforts to recruit, hire, train, retain and promote a diverse, equitable and inclusive workforce and respectful workplace culture.

## GOAL 3
### Impactful Learning and Professional Development

Learning and professional development are critical to building and sustaining a diverse, efficient and effective government. The purpose of this section of the DEI Plan Template is for departments to document and improve their efforts to provide meaningful DEI learning and professional development opportunities to staff at all levels.

## GOAL 4
### Budget Equity

In alignment with the Budget Office's strategy to operationalize racial equity in the Budget Call, the purpose of this section of the DEI Plan Template is for departments to document and improve their efforts to allocate existing resources to reducing or eliminating systemic inequity. Departments may link to the previous fiscal year's completed Racial Equity Questionnaire in support of this section, and should set forth any additional efforts.

## GOAL 5
### Inclusive Contracting

Consistent with the City's aim to reach 35 percent participation from minority, women, and disabled-owned enterprises ("M/W/DSBEs") on its contracts, the purpose of this section of the DEI Plan Template is for departments to document and improve their efforts to provide fair and equitable procurement and contracting opportunities to diverse businesses in accordance with Executive Order 1-21, Departments may link to their FY23 Compliance Plan in support of this section, and are encouraged to detail any additional efforts.



How to Complete the DEI Plan Template (cont.)



## GOAL
# 6
## Equitable City Services and Community Engagement

In recognition of the City's commitments to develop effective strategic DEI management practices that will enhance City customer service and to make intentional effort to ensure fairness and equitable City services in accordance with Executive Orders 1-16 and 1-20, the purpose of this section of the DEI Plan Template is for departments to document and improve their efforts to provide quality, equitable community service and to equitably engage the community in outreach related to departments' mission and operation.

## GOAL
# 7
## Racial Equity Action Plan Progress

Pursuant to the Administration's commitment and effort to realize a Philadelphia where race is not a determinant of success and all residents thrive, the purpose of this section of the DEI Plan Template is for departments to document and improve their progress in developing and implementing Racial Equity Action Plans that were prepared in compliance with Executive Order 1-20. Departments that have completed Racial Equity Action Plans may link to their Racial Equity Action Plan in support of this section.

**Department Specific DEI Strategies**

The purpose of this section of the DEI Plan Template is for departments to document and improve any unique efforts or strategies related to DEI that the departments are pursuing, which are not captured in other sections of the DEI Plan Template.

**Summary of Changes and Summary of Actions Taken**

The purpose of this section of the DEI Plan Template is for departments to provide a snapshot of DEI activities that have occurred each quarter. In this section of the DEI Plan Template, departments should provide a summary of any updates to their DEI Plans that have occurred between each quarter, including trainings, hiring or promotion, or other DEI initiatives. Departments can either summarize the changes and actions or update the DEI Plan itself.

GOAL

# 1 Sustainable Department Infrastructure

## Objective 1:

**Adopt a departmental policy and practice infrastructure that centers and accelerates diversity, equity and inclusion.**

### Key Strategies to Achieve Goal:

- Develop a DEI vision and mission statement and communicate it to all employees.

- Identify the role of inclusion in the mission of your department.

- Dedicate staff, existing budget, time to management and coordination of internal DEI strategy.

- Integrate DEI principles into all decision-making processes.

### Metrics and Performance Indicators:

- Completed vision and mission statement; Number of staff communications related to DEI objectives; budget and resource allocation for DEI objectives.

## Objective 2:

**Transform the executive leadership capacity to shift DEI practices, processes, and power dynamics that influence impact.**

### Key Strategies to Achieve Goal:

- DEI coaching for executive or senior departmental leadership to develop leadership behaviors that promote inclusiveness, every three years, at a minimum.

- Quarterly collaboration and communication with the Mayor's Office of Diversity, Equity and Inclusion.

### Metrics and Performance Indicators:

- Number and types of coaching provided to leadership; frequency of meetings with the Mayor's Office of Diversity Equity and Inclusion and identification of issues resolved through collaboration.

GOAL

# 2 Workforce Equity & Workplace Inclusion

> **Objective 1:**
>
> Build and retain a workforce that better reflects and serves the residents of philadelphia – across all functions and leadership levels – inclusive of race, ethnicity, religion, disability, age, gender, gender identify and sexual orientation.

## Key Strategies to Achieve Goal:

- Build and sustain a diverse and inclusive leadership team.

- Complete the annual Exempt Workforce Planning Document and track the anticipated hiring and vacancies in the departmental workforce for the next fiscal year, including hiring opportunities in the exempt workforce as required by EO 1-20.

- For each position, develop and implement a plan for recruitment from a diverse, qualified group of applicants designed to achieve equitable representation across all functions and levels: leadership, management, and staff.

- Ensure advertising reaches diverse communities where a wide variety of candidates are more likely to look for job postings.

- Identify civil service positions where it is difficult to source diverse candidates and work with the Office of Human Resources to attract applicants from diverse groups.

- Identify positions and categories of diversity (race, gender, identity, etc.) where the department has achieved progress in hiring diverse, qualified candidates.

- Ensure job requirements and classifications are evaluated for bias and eliminate barriers to recruitment—such as unnecessary education requirements and experience.

- Create a diverse hiring panel (of gender, age, race/ethnicity) to assist with assessing candidates at all levels of the hiring process (resume review, interviews, etc.). This key step in the process better ensures that equity will be built into the process and mitigates the impact of implicit biases.

- Create an assessment process that not only includes traditional interviews but other tools. OHR and Human Resources and Talent ("HR&T") can assist in developing your selection process.

- Utilize Exempt Diversity Handbook and partner with DEI/OHR where helpful to identify talent across diverse communities.

- In partnership with the Office of Human Resources, ensure training to conduct interviews with cultural humility.

## Metrics and Performance Indicators:

- List of recruitment efforts and recruitment opportunities; diverse hiring panel attestations; exempt workforce metrics; diversity of executive leadership team.

GOAL **2** (cont.)

> ## Objective 2:
>
> **Require and sustain a workplace culture of inclusion that values and promotes respect, belonging, and opportunity for all.**

### Key Strategies to Achieve Goal:

- Consistent with the strategies set forth under Goal 3 (Impactful Learning and Professional Development), ensure that executive leadership and managers receive training on supporting a diverse, inclusive work environment.

- Identify barriers to inclusive culture through employee assessment or engagement surveys and develop specific strategies to promote inclusiveness.

- Discuss the importance of creating an inclusive working culture during staff meetings or other forums.

- Track the number of formal complaints or informal concerns related to Equal Employment Opportunity ("EEO") or DEI matters, including contacts with the Employee Relations Unit.

- Encourage the creation of internal/departmental City Resource Groups, and formation of department-specific inclusion committees with representation across leadership levels.

- Promote participation in Citywide and internal/departmental City Resource Groups or affinity groups.

- Promote the use of the Employee Self Identification Census in OnePhilly, with which employees can voluntarily self-identify using expanded sexual orientation and gender identity options.

- Create an accommodating workplace environment for employees with disabilities, including a strategy for accommodating employees with disabilities.

- Involve the department's management team in the department's diversity, equity and inclusion goals.

- Develop a process to identify and address microaggressions or micro-inequities that have occurred within the department.

- Develop a strategy or policy that supports transgender employees who may be transitioning.

- Listen, acknowledge, and respond to employee stress generated by pandemic, social unrest, equity, violence, etc.

### Metrics and Performance Indicators:

- Compliance with DEI workforce plan and progress toward goals identified in the plan; progress toward identification and elimination of barriers to retaining and promoting diverse staff; number and types of formal complaints related to EEO and DEI; identification of efforts done to create an inclusive environment.

GOAL **2** (cont.)

## Objective 3:

Improve the retention of diverse employees.

### Key Strategies to Achieve Goal:

- Assess opportunities to develop strategies to retain qualified, diverse talent.

- Identify onboarding processes and identify opportunities within those processes to effectively integrate diverse employees into the organization.

- Conduct stay interviews with employees who have been with the department for at least 5 years about what keeps them with your team.

- Conduct exit interviews to understand reasons contributing to loss of diverse talent and other DEI issues, with a plan to address and remove barriers.

- In partnership with the Office of Human Resources, communicate employee wellness resources to address stress management, physical fitness, dependent care, self care, nutrition, mental health, work-life balance, and financial wellness.

### Metrics and Performance Indicators:

- Number of stay interviews; Number of exit interviews; Results of exit interviews by race/ethnicity, gender, etc.; onboarding policy; employee satisfaction survey results.

## Objective 4:

Improve the promotion of diverse employees.

### Key Strategies to Achieve Goal:

- Assess existing promotion strategies to increase opportunities for diverse persons.

- In collaboration with the Office of Human Resources, evaluate job design and classification for bias within the exempt workforce.

- In partnership with the Office of Human Resources, ensure that managers and supervisors identify strategies to assist diverse employees to become qualified for progression into mid-management positions.

### Metrics and Performance Indicators:

- Number and types of initiatives and reforms generated in response to assessment of existing policies; number and types of advancement opportunities; mid-management strategy.

GOAL

# 3 Impactful Learning and Professional Development

## Objective:

**Deepen staff capacity and develop a culture of learning to embed diversity, equity, and inclusion strategies in everyday work.**

### Key Strategies to Achieve Goal:

- Periodic training for managers and supervisors on how to manage diverse, inclusive teams.

- Provide all employees with access to professional development or mentorship opportunities.

- Provide professional development opportunities that are directly related to building leaders from diverse underrepresented talent.

- Train employees on implicit bias, every three years, at a minimum.

### Metrics and Performance Indicators:

- Number and types of trainings; number of staff participating in training and DEI initiatives; number and types of DEI specific staff communications; employee inclusion surveys; number and types of initiatives and reforms generated in response to trainings, surveys.



GOAL

 **4** **Budget Equity**

> **Objective:**
>
> **Develop a departmental budget that centers and accelerates racially equitable impact, diversity and inclusion.**

## Key Strategies to Achieve Goal:

- Thoroughly participate in annual racial equity budget process.

- Advance racial equity as part of the core work the department performs.

- Administer critical programs or policies with the department's existing budget to improve racial equity.

- Use some of the department's existing budget to create an inclusive, anti-racist workplace.

- Involve internal and/or external stakeholders, including marginalized communities of color and other underrepresented community groups, in the department's budget process and program/policy design.

- Allocate existing resources to the recruitment of diverse, qualified candidates.

- Allocate existing resources to professional development for employees.

- Evaluate performance measures reported in the City's Five Year Financial and Strategic Plan to identify where data is currently or could possibly be disaggregated by race and develop a path to achieve disaggregation to uncover disparities in performance outputs and outcomes.

## Metrics and Performance Indicators:

- Allocation of resources to equity, recruitment and training initiatives; number and types of inclusion and anti-racist workplace initiatives; number and types of community engagement events used to inform budget priorities; records of attendance/outreach at events used to inform budget priorities; disaggregated data and metrics relevant to the department's Five Year Financial and Strategic Plan performance measures.

GOAL

 **5** **Inclusive Contracting**

> **Objective:**
>
> **Advance economic opportunities for diverse business enterprises.**

### Key Strategies to Achieve Goal:

- Pursuant to EO 1-21, submit an annual Compliance Plan that includes Benchmarks and an overall strategy for providing maximum opportunities for M/W/DSBE participation.

- Maximize the utilization of M/W/DSBE firms for contracting.

- Meet or exceed department's annual M/W/DSBE benchmark for inclusive contracting.

- Allot time (quarterly) to meet with Office of Economic Opportunity ("OEO") staff to monitor progress toward achieving the Department's annual Benchmark, discuss challenges to inclusive contracting, and identify solutions to ensure inclusive contracting.

### Metrics and Performance Indicators:

- Submission of completed, approved Compliance Plan; annual participation levels of Minority, Women and Disabled Owned Business Enterprises.

GOAL

 **6** **Equitable City Services and Community Engagement**

> **Objective 1:**
>
> **Ensure fairness and equitable services, resources and opportunities so that all Philadelphia residents reach their full potential.**

### Key Strategies to Achieve Goal:

- Evaluate resources and capacity to consult with non-profit organizations that are actively engaged in identifying critical diversity issues and committed to making the City more inclusive.

- Evaluate resources and capacity to survey community needs and responses to department initiatives.

- Review community survey data or survey reports to determine the needs of the community.

### Metrics and Performance Indicators:

- Number and types of engagement with community organizations; community survey results.



## GOAL 6 (cont.)

---

### Objective 2:

**Enhance city customer service being provided by the department.**

---

#### Key Strategies to Achieve Goal:

- Evaluate quality of customer service being provided by the department.

- Conduct department outreach in diverse communities.

#### Metrics and Performance Indicators:

- Community/customer satisfaction survey results; number, types, and location of outreach events.

---

### Objective 3:

**Produce more racially equitable outcomes for all Philadelphians.**

---

#### Key Strategies to Achieve Goal:

- Identify and move forward opportunities for the department to decrease the percentage of people of color living below the poverty line in Philadelphia.

- Identify and move forward opportunities for the department to increase the educational attainment of a bachelor's degree or higher for people of color.

- Identify and move forward opportunities for the department to increase the percentage of people of color working quality jobs, i.e., jobs that guarantee family sustaining wages or a competitive salary; health, dental and other benefits; and, promotion and career advancement opportunities.

#### Metrics and Performance Indicators:

- Identification and progress of department strategies identified to create more racially equitable outcomes.



GOAL **6** (cont.)

> ## Objective 4:
> Full integration of people with disabilities in all aspects of community life.

### Key Strategies to Achieve Goal:

- Increase accessibility to meetings, events, opportunities for people with disabilities to engage with the City.

- Empower ADA liaison to track inquiries, grievances, and resolutions.

### Metrics and Performance Indicators:

- Track how people engage with the department: how many times American Sign Language interpretation provided, utilization of closed captioning, call in options; department compliance with Mayor's Office for People with Disabilities guidance; number and types of inquiries and grievances handled by ADA liaison; number and types of resolutions of inquiries and grievances handled by ADA liaison.

> ## Objective 5:
> Ensure meaningful language access for limited english proficient residents in Philadelphia

### Key Strategies to Achieve Goal:

- Update department's Language Access Plan annually and as needed.

- Track performance of language access policies and procedures.

- Work with the Office of Immigrant Affairs to improve language access policies and procedures.

### Metrics and Performance Indicators:

- Maintenance of Language Access Plan; number and types of requests for language access assistance and outcomes.

GOAL

# 7 Racial Equity Action Plan Progress



## Objective 1:

**Implement and strengthen the department's racial equity action plan**

### Key Strategies to Achieve Goal:

- Complete Racial Equity Action Plan cohort process.

- Identify racial equity priorities for department.

- Identify and advance strategies to address each racial equity priority area.

### Metrics and Performance Indicators:

- Racial Equity Action Plan implementation progress; list of new priority strategies or areas of concern identified since conclusion of racial equity cohort process.

## Objective 2:

**Adopt a departmental policy and practice infrastructure that centers and accelerates sustained redress of racial disparities internally**

### Key Strategies to Achieve Goal:

- Assess and identify internal racial disparities on an annual basis and as needed.

- Identify where departmental policies, practices, attitudes and cultural messages are resulting in differential outcomes by race on an annual basis and as needed.

### Metrics and Performance Indicators:

- Reduction and/or elimination of disparities and differential outcomes by race.