**Office of**
**Diversity, Equity and Inclusion**
CITY OF PHILADELPHIA

# FY 2023

## Diversity, Equity, and Inclusion Plan

Department Name:



### MANAGING DIRECTOR'S OFFICE

Unit Name:



### POLICE DEPARTMENT

# DOCUMENT IDENTIFICATION

Document Status:

**COMPLETED**

Document Classification:

**PUBLIC**

DEI Plan Completion Date

**6/30/2022**

# DEPARTMENT FUNCTIONAL DETAILS

Name of Department:

**MANAGING DIRECTOR'S OFFICE**

Name of Business Unit:

**POLICE DEPARTMENT**

Point of Contact Name:

**LESLIE MARANT**

Point of Contact Title:

**CHIEF DIVERSITY EQUITY AND INCLUSION OFFICER**

# GOAL 1

## SUSTAINABLE DEPARTMENT INFRASTRUCTURE

The Mayor's Office of Diversity, Equity and Inclusion provided City Departments with a DEI Plan template that included a list of recommended strategies and performance measures that would allow departments to fulfill and measure the performance of each citywide DEI objective. In their DEI plans, departments identified which of the Citywide DEI strategies and performance measures they are using or plan to adopt during the current fiscal year. Departments also identified their own strategies for achieving each Citywide DEI objective.

### 1. CITYWIDE DEI OBJECTIVES

Adopt a departmental policy and practice infrastructure that centers and accelerates diversity, equity, and inclusion.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Develop a DEI vision and mission statement and communicate it to all employees.

- Identify the role of inclusion in the mission of your department.

- Dedicate staff, existing budget, time to management and coordination of internal DEI strategy.

- Integrate DEI principles into all decision-making processes.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Completed Vision and Mission Statement
  - » No
  - » Mission: The recently appointed Chief DEI Officer is working to develop a mission statement for the next quarter.

- Number of staff communications related to DEI objectives
  - » Unsure
  - » A DEI Communications Strategy will be developed during FY 23

- Budget and resource allocation for DEI objectives
  - » No
  - » Presently there is not a budget for DEI initiatives. Considerable resources are necessary to conduct needed cultural assessments, audits, and to implement effective DEI training, practices, policies and procedures.

# GOAL 1

## ADDITIONAL STRATEGIES
Describe any additional strategies the department is using or plans to use to advance the citywide objective.

- N/A

## 2. CITYWIDE DEI OBJECTIVES
Transform the executive leadership capacity to shift DEI practices, processes, and power dynamics that influence impact.

### KEY STRATEGIES
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- DEI coaching for executive or senior departmental leadership to develop leadership behaviors that promote inclusiveness, every three years, at a minimum.
- Quarterly collaboration and communication with the Mayor's Office of Diversity, Equity and Inclusion.

### METRICS AND PERFORMANCE INDICATORS
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Number and types of coaching provided to leadership
  - » Dr. Bryan Marks provided implicit bias training for all sworn and civilian personnel between November 2020 and October 2021. Dr. Marks conducted over 70 sessions during the contract period.
- Frequency of meetings with Mayor's Office of DEI and identification of issues resolved through collaboration
  - » Quarterly

### ADDITIONAL STRATEGIES
Describe any additional strategies the department is using or plans to use to advance the citywide objective.
  - » N/A

# GOAL 2

## WORKFORCE EQUITY & WORKPLACE INCLUSION

### 1. CITYWIDE DEI OBJECTIVES

Build and retain a workforce that better reflects and serves the residents of Philadelphia - across all functions and leadership levels - inclusive of race, ethnicity, religion, disability, age, gender, gender identify and sexual orientation.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Build and sustain a diverse and inclusive leadership team.

- Complete the annual Exempt Workforce Planning Document and track the anticipated hiring and vacancies in the departmental workforce for the next fiscal year, including hiring opportunities in the exempt workforce as required by EO 1-20.

- For each position, develop and implement a plan for recruitment from a diverse, qualified group of applicants designed to achieve equitable representation across all functions and levels: leadership, management, and staff.

- Ensure advertising reaches diverse communities where a wide variety of candidates are more likely to look for job postings.

- Identify civil service positions where it is difficult to source diverse candidates and work with the Office of Human Resources to attract applicants from diverse groups.

- Identify positions and categories of diversity (race, gender, identity, etc.) where department has achieved progress in hiring diverse, qualified candidates.

- Ensure job requirements and classifications are evaluated for bias and eliminate barriers to recruitment - such as unnecessary education requirements and experience.

- Create a diverse hiring panel (of gender, age, race/ethnicity) to assist with assessing candidates at all levels of the hiring process (resume review, interviews, etc.). This key step in the process better ensures that equity will be built into the process and mitigates the impact of implicit biases.

- In partnership with the Office of Human Resources, ensure training to conduct interviews with cultural humility.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- List of recruitment efforts and recruitment opportunities
  » Yes

# GOAL 2

- Diverse hiring panel attestations
  - » Yes
  - » During FY 22 the Police Department hired for one exempt position, the Chief DEI Officer. The hiring panels included the following personnel: Captain Krista Dahl-Campbell (W/F), Inspector Javier Rodriguez (H/M), Sergeant Nicholas Tees (W/M), Lieutenant Kelly Robbins (W/M), Dr. Nicola SmithKea (B/F), Deputy Commissioner Robin Wimberly (B/F), and Director Elka Battle-Murillo (B/F)
- Exempt workforce metrics
  - » Yes
- Diversity of executive leadership team
  - » Yes
  - » The Executive Team is as follows:  Police Commissioner Danielle Outlaw (B/F), First Deputy Commissioner, vacant, Deputy Commissioner Christine Coulter, Organizational Services (W/F), Deputy Commissioner Joel Dales, Patrol Services (B/M), Deputy Commissioner Benjamin Naish, Investigations  (W/M), Deputy Commissioner Robin Wimberly, Professional Responsibility (B/F), Blake Norton, Chief Strategy Officer  (W/F), Staff Inspector Michael Garvey, Director of Forensics -(W/M), Elka Battle-Murillo, Director of Organizational Communications (B/F), Executive –in-Resident, Dr. Nicola SmithKea (B/F), Francis Healey, Special Advisor to the Commissioner (W/M), Leslie Marant, Chief Diversity, Equity and Inclusion Officer (B/F), Samantha MonteCarlo, Executive Assistant (W/F), Lieutenant Tanisha Richardson, Office of the Police Commissioner (B/F), Lieutenant Patrick Quinn, Office of the Police Commissioner  (W/M), and Sergeant Eric Gripp, Public Information Officer (W/M)

### ADDITIONAL STRATEGIES
Describe any additional strategies the department is using or plans to use to advance the citywide objective.

  - » N/A

## 2.  CITYWIDE DEI OBJECTIVES
Require and sustain a workplace culture of inclusion that values and promotes respect, belonging and opportunity for all.

### KEY STRATEGIES
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Consistent with the strategies set forth under Goal 3 (Impactful Learning and Professional Development), ensure that executive leadership and managers receive training on supporting a diverse, inclusive work environment.

# GOAL 2

- Identify barriers to inclusive culture through employee assessment or engagement surveys and develop specific strategies to promote inclusiveness.

- Discuss the importance of creating an inclusive working culture during staff meetings or other forums.

- Track the number of formal complaints or informal concerns related to Equal Employment Opportunity ("EEO") or DEI matters, including contacts with the Employee Relations Unit.

- Encourage the creation of internal/departmental City Resource Groups, and formation of department-specific inclusion committees with representation across leadership levels.

- Promote participation in Citywide and internal/departmental City Resource Groups or affinity groups.

- Create an accommodating workplace environment for employees with disabilities, including a strategy for accommodating employees with disabilities.

- Involve the department's management team in the department's diversity, equity, and inclusion goals.

## METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Compliance with DEI workforce plan and progress toward goals identified in plan

  » Unsure

  » The Police Department hired its first Chief DEI Officer in April 2022. The Chief DEI Officer is reviewing the Department's plan and progress. However, due to the recent appointment, the Chief DEI Officer is unable to determine the Department's present level of compliance toward identified goals. Although the Department collaborates with the Office of Human Resources to develop job descriptions and support hiring managers with the interview process, additional creative strategies are necessary to address diverse hiring, promotion, and retention challenges. Moreover, the Department is working to identify key performance indicators and metrics to accurately assess and evaluate its progress toward diversity goals.

- Progress toward identification and elimination of barriers to retaining and promoting diverse staff

  » In progress

# GOAL 2

» The Police Department is a member of the Office of Diversity and Inclusion's 2021-2022 Racial Equity Cohort (REC). A diverse team of seven members of the Department participated in monthly REC meetings. The Department's REC identified several "hot root" causes of racial inequities in the Department. The REC Team also identified possible strategies to address the elimination of barrier to retaining and promoting a diverse staff.

· Identification of efforts done to create an inclusive environment

» In progress

» The Department is a signatory to the 30x30 Initiative. The goal of the 30X30 Initiative is to implement effective strategies, practices, and policies to increase the representation of women in policing to 30% by the year 2030.

## ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

» N/A

## 3. CITYWIDE DEI OBJECTIVES

Improve the retention of diverse employees.

## KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

· Assess opportunities to develop strategies to retain qualified, diverse talent.

· Identify onboarding processes and identify opportunities within those processes to effectively integrate diverse employees into the organization.

· Conduct stay interviews with employees who have been with the department for at least 5 years about what keeps them with your team.

· Conduct exit interviews to understand reasons contributing to loss of diverse talent and other DEI issues, with a plan to address and remove barriers.

· In partnership with the Office of Human Resources, communicate employee wellness resources to address stress management, physical fitness, dependent care, selfcare, nutrition, mental health, work-life balance, and financial wellness.

## METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

# GOAL 2

- Number of stay interviews
  - » N/A
- Number of exit interviews
  - » N/A
- Results of exit interviews by race/ethnicity, gender, etc.
  - » No
- Onboarding policy
  - » Unsure
- Employee satisfaction survey results
  - » No

## ADDITIONAL STRATEGIES
Describe any additional strategies the department is using or plans to use to advance the citywide objective.
  - » N/A

## 4. CITYWIDE DEI OBJECTIVES
Improve the promotion of diverse employees.

## KEY STRATEGIES
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Assess existing promotion strategies to increase opportunities for diverse persons.
- In collaboration with the Office of Human Resources, evaluate job design and classification for bias within the exempt workforce.
- In partnership with the Office of Human Resources, ensure that managers and supervisors identify strategies to assist diverse employees to become qualified for progression into mid-management positions.

## METRICS AND PERFORMANCE INDICATORS
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Number and types of initiatives and reforms generated in response to assessment of existing policies

# GOAL 2

> » N/A

- Number and types of advancement opportunities

  > » N/A

- Mid-management strategy

  > » N/A

## ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

> » N/A

# GOAL 3

## IMPACTFUL LEARNING & DEVELOPMENT

### 1. CITYWIDE DEI OBJECTIVES

Deepen staff capacity and develop a culture of learning to embed diversity, equity, and inclusion strategies in everyday work.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Periodic training for managers and supervisors on how to manage diverse, inclusive teams.
- Provide all employees with access to professional development or mentorship opportunities.
- Provide professional development opportunities that are directly related to building leaders from diverse underrepresented talent.
- Train employees on implicit bias, every three years, at a minimum.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Number and types of trainings
  » 0
- Number of staff participating in training and DEI initiatives
  » Greater than 50 percent of staff
  » All staff received implicit bias training between November 2020 and October 2021.
- Number and types of DEI specific staff communications
  » Unsure
- Employee inclusion surveys
  » No
- Number and types of initiatives and reforms generated in response to trainings, surveys
  » N/A

### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.
  » N/A

# GOAL 4

## BUDGET EQUITY

### 1. CITYWIDE DEI OBJECTIVES

Develop a departmental budget that centers and accelerates racially equitable impact, diversity, and inclusion.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Thoroughly participate in annual racial equity budget process.
- Advance racial equity as part of the core work the department performs.
- Administer critical programs or policies with the department's existing budget to improve racial equity.
- Use some of the department's existing budget to create an inclusive, anti-racist workplace.
- Involve internal and/or external stakeholders, including marginalized communities of color and other underrepresented community groups, in the department's budget process and program/policy design.
- Allocate existing resources to the recruitment of diverse, qualified candidates.
- Allocate existing resources to professional development for employees.
- Evaluate performance measures reported in the City's Five Year Financial and Strategic Plan to identify where data is currently or could possibly be disaggregated by race and develop a path to achieve disaggregation to uncover disparities in performance outputs and outcomes.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Allocation of resources to equity, recruitment, and training initiatives
  » No
- Number and types of inclusion and anti-racist workplace initiatives
  » 0
- Number and types of community engagement events used to inform budget priorities
  » N/A
- Records of attendance/outreach at events used to inform budget priorities
  » Unsure

# GOAL 4

- Disaggregated data and metrics relevant to the department's Five Year Financial and Strategic Plan performance measures
  » Unsure

## ADDITIONAL STRATEGIES
Describe any additional strategies the department is using or plans to use to advance the citywide objective.
  » N/A

# GOAL 5

## INCLUSIVE CONTRACTING

### 1. CITYWIDE DEI OBJECTIVES

**A**dvance economic opportunities for diverse business enterprises.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- N/A

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Submission of completed, approved Compliance Plan

    » Unsure

- Annual participation levels of Minority, Women, Disabled Owned Business Enterprises

    » Unsure

### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

    » N/A

# GOAL 6

## EQUITABLE CITY SERVICES & COMMUNITY ENGAGEMENT

### 1. CITYWIDE DEI OBJECTIVES

Ensure fairness and equitable services, resources, and opportunities so that all Philadelphia residents reach their full potential.

#### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

#### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Number and types of engagement with community organizations

    » 31

    » Each Police District (21) engaged in various activities with partner organizations.

- Community survey results

    » The Community Relations Bureau conducted an "Enough is Enough" survey and received results from approximately 1300 youth.

#### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

    » The Chief DEI Officer and Chief Inspector of the Community Relations Bureau are meeting to develop a comprehensive strategic plan for community engagement and involvement.

### 2. CITYWIDE DEI OBJECTIVES

Enhance City customer service being provided by the department.

#### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

# GOAL 6

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.ve

- Community/customer satisfaction survey results
  - » No
- Number, types, and location of outreach events
  - » 31
  - » Each Police District (21) engaged in various activities with partner organizations.

### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

- » The Community Relations Bureau is finalizing its strategic plan which includes dissemination of community/customer service surveys.

## 3. CITYWIDE DEI OBJECTIVES

Produce more racially equitable outcomes for all Philadelphians.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Identify and move forward opportunities for the department to decrease the percentage of people of color living below the poverty line in Philadelphia.

- Identify and move forward opportunities for the department to increase the educational attainment of a bachelor's degree or higher for people of color.

- Identify and move forward opportunities for the department to increase the percentage of people of color working quality jobs, i.e., jobs that guarantee family sustaining wages or a competitive salary; health, dental and other benefits; and promotion and career advancement opportunities.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

# GOAL 6

- Identification and progress of department strategies identified to create more racially equitable outcomes
    » Started
    » The Police Department's Racial Equity Cohort participated in the second cohort. The PPD REC Team identified hot roots and proposed strategies for PPD Executive leadership. The PPD REC Team will present its findings and proposed strategies to the Mayor on August 9, 2022.

## ADDITIONAL STRATEGIES
Describe any additional strategies the department is using or plans to use to advance the citywide objective.

    » N/A

## 4. CITYWIDE DEI OBJECTIVES
Full integration of people with disabilities in all aspects of community life.

### KEY STRATEGIES
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

### METRICS AND PERFORMANCE INDICATORS
The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Track how people engage with the department: how many times American Sign Language interpretation provided; utilization of closed captioning; call in options
    » Unsure
- Department compliance with Mayor's Office for People with Disabilities guidance
    » N/A
- Number and types of inquiries and grievances handled by ADA liaison
    » Unsure
    » The Office of Professional Responsibility does not presently have a specific classification to identify complaints involving violations of the ADA.
- Number and types of resolutions of inquiries and grievances handled by ADA liaison
    » Unsure

# GOAL 6

### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

> » N/A

## 5. CITYWIDE DEI OBJECTIVES

Ensure meaningful language access for Limited English Proficient residents in Philadelphia.

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Maintenance of Language Access Plan
- Number and types of requests for language access assistance
- Outcome of requests for language access assistance

### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

> » N/A

# GOAL 7

## RACIAL EQUITY ACTION PLAN PROGRESS

### 1. CITYWIDE DEI OBJECTIVES

Implement and strengthen the department's Racial Equity Action Plan

### KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Complete Racial Equity Action Plan cohort process.
- Identify racial equity priorities for department.
- Identify and advance strategies to address each racial equity priority area.

### METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Racial Equity Action Plan implementation progress
  - » In progress
  - » The Department's Racial Equity Cohort Team completed its final Results Based Accountability sessions on June 24, 2022, after 10 months of participation in the RBA process. The REC Team has final draft list of four strategies to present to the Mayor, Managing Director's Office, and Department Executive Team.
- List of new priority strategies or areas of concern identified since conclusion of racial equity cohort process
  - » In Progress

### ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

  - » N/A

### 2. CITYWIDE DEI OBJECTIVES

Adopt a departmental policy and practice infrastructure that centers and accelerates sustained redress of racial disparities internally

# GOAL 7

## KEY STRATEGIES

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key strategies to meet this citywide DEI objective. The full list of recommended DEI strategies is available on the City's DEI website. Below are the strategies that this department committed to adopting in FY 23.

- Assess and identify internal racial disparities on an annual basis and as need
- Identify where departmental policies, practices, attitudes, and cultural messages are resulting in differential outcomes by race on an annual basis and as needed.

## METRICS AND PERFORMANCE INDICATORS

The Mayor's Office of Diversity, Equity and Inclusion provided City departments with a list of key performance measures and metrics to track progress toward this citywide DEI objective. Each performance measure or metric included a dropdown menu of options. The full list of recommended DEI performance measures and dropdown menu options are available on the City's DEI website Below are the statuses of this department's performance measures and metrics.

- Reduction and/or elimination of disparities and differential outcomes by race

  » No

## ADDITIONAL STRATEGIES

Describe any additional strategies the department is using or plans to use to advance the citywide objective.

  » N/A