PhillyPolice.com ↗     Philly Unsolved Murders ↗

Dial a Tip ❯     Contact Us ❯     ⑦ Frequently Asked Questions (FAQs)     📞 Emergency: 911

Non-Emergency: 311



PHILADELPHIA
**POLICE DEPARTMENT**

Home     Why Join ⌄     Becoming an Officer ⌄     Careers ⌄     Training ⌄

Application Process ⌄     Find Jobs

Becoming an Officer
# DIVERSITY & INCLUSION

# Our Vision

A professional police department that leads with integrity, values all people, and earns the trust of every neighborhood through fairness, empathy, and service.

## Our Commitment to Diversity and Inclusion

We recognize that public trust and effective policing are strengthened when our department reflects the diversity of the city we serve. Our commitment to Diversity, Equity, and Inclusion is not just a principle—it is a practice that shapes recruitment, training, community engagement, internal culture, and leadership development.

## We are committed to:

|  |  |  |  |  |
|---|---|---|---|---|
| **Representation** | **Equity** | **Inclusion** | **Cultural Competency** | **Community Partnership** |
| Recruiting and retaining officers and staff from diverse racial, ethnic, gender, cultural, and socioeconomic backgrounds, including LGBTQ+, veterans, and individuals with disabilities. | Ensuring fair access to opportunities within the department, including promotions, specialized units, leadership development, and disciplinary processes. | Creating a workplace culture where all personnel are respected, heard, and supported—regardless of rank, background, or identity. | Providing ongoing training in bias awareness, procedural justice, trauma-informed policing, and culturally responsive practices. | Engaging with diverse community groups through outreach, listening sessions, youth mentorship, and problem-solving initiatives to co-produce public safety. |



# Women in Policing

As part of our continued efforts to build a stronger, more inclusive, and modern police department, we are proud to announce that our agency has formally committed to the 30×30 Pledge.

The 30×30 Initiative is a national effort with a clear goal: to increase the representation of women in policing to 30% by the year 2030, and to ensure a culture where women officers can thrive. Currently, women make up just 12% of sworn officers nationwide and our department is currently staffed at 22% women. These numbers have remained stagnant for years, and it's time to change that.

This pledge is not about quotas—it's about removing barriers, analyzing our systems, and making smart, research-backed changes to improve our department's effectiveness, professionalism, and trust with the community.

## Why It Matters

Studies show that women officers:

- Use less force and are involved in fewer use-of-force incidents.
- Are named in fewer complaints and lawsuits.
- Excel in communication, de-escalation, and community trust-building.
- Improve outcomes in cases of gender-based violence and bring valuable perspectives to problem-solving and leadership.

This initiative reflects our values: service, equity, trust, and excellence. It strengthens our workforce and supports our mission to provide effective and compassionate policing to all members of our community.

Ready to Join the PPD?
**Start Your Application**

**Apply Now**

---

City of Philadelphia        Mayor's Office        City Council        Courts        District Attorney        School District

---

**Contact Information**

Police Headquarters
400 N. Broad Street
Philadelphia, PA 19130

**Sitemap**   **Cookie Policy**

**About Us**

The Philadelphia Police Department (PPD) is the nation's fourth largest police department, with over 6600 sworn members and 800 civilian personnel. The PPD is the primary law enforcement agency responsible for serving Philadelphia County, extending over 140 square-miles in which approximately 1.5 million reside. Learn more…

**Social**

  

HONOR • SERVICE • INTEGRITY © 2010-2026 Philadelphia Police Department

Terms of Use    PA Right to Know    Privacy Policy    Accessibility

Privacy - Terms

Manage consent