

# PHILADELPHIA LODGE #5
# FRATERNAL ORDER OF POLICE
**11630 Caroline Road, Philadelphia, PA 19154-2110**
**215-629-3600    website:  www.fop5.org    215-629-5736 (fax)**

**Roosevelt L. Poplar, President**　　　　　　　　**Peter Sweryda, Recording Secretary**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

On behalf of the Fraternal Order of Police Lodge #5, which represents the men and women of the Philadelphia Police Department, we are writing to formally request that the Department of Justice review and investigate the City of Philadelphia's current promotional practices within the Philadelphia Police Department and the Philadelphia Sheriff's Department.

Our Lodge has received an increasing number of complaints from members who believe they have been unlawfully passed over for promotion under the City's current promotional practices which allows the appointing authority to select any candidate on an eligible list, regardless of rank order, thereby enabling discretionary decisions that appear inconsistent with merit-based advancement.

A significant number of these complaints have come from officers who allege that they have been bypassed for promotion in favor of less qualified candidates based on race, gender, or other protected characteristics. Many of these officers believe that the City and its departments are improperly incorporating diversity, equity, and inclusion (DEI) considerations into promotion decisions, a practice that, if true, would directly conflict with federal nondiscrimination laws, including Title VII of the Civil Rights Act of 1964 and the Equal Protection Clause, as well as the Trump Administration's April 28, 2025 Executive Order concerning law enforcement ("Strengthening And Unleashing America's Law Enforcement To Pursue Criminals And Protect Innocent Citizens").

The Fraternal Order of Police fully supports fair and equal opportunity for all officers. However, promotional decisions must be based on merit, qualifications, and objective standards, not on demographic or political considerations. When discretionary systems such as the City's current process are used to achieve unspoken diversity outcomes, they undermine both the integrity of the promotional process and the confidence of the officers who serve this city.

Accordingly, we respectfully request that the Department of Justice's Civil Rights Division:

1. Conduct an independent review of the City of Philadelphia's law enforcement promotion policies and practices;
2. Determine whether DEI or other non-merit-based criteria are influencing promotion outcomes in violation of federal law; and
3. Ensure that all promotional candidates are evaluated and advanced solely based on job-related qualifications and lawful standards.

We appreciate your attention to this matter and your continued commitment to enforcing equal employment opportunity under the law. Please contact our office at **(215) 629-3600** or via email at **jmclaughlin@fop5.org** and **jmcgrody@fop.org** if additional information, documentation, or witness statements are needed.

Fraternally,

Roosevelt L. Poplar, President
Philadelphia, Lodge #5
Fraternal Order of Police

## EXECUTIVE BOARD MEMBERS
**Vice Presidents:** Nicholas DeNofa, Yvette Clark, John McLaughlin, John R. McGrody
**Recording Secretary:** Peter Sweryda    **Financial Secretary:** Michael P. Trask    **Treasurer:** William Sierra
**Trustees:** Ashley D. Hoggard, Michael Cerruti, Scott R. Bradley, John Hoyt, James F. Crown, Jr.    **Conductor** Sharon Jonas
**Guards:** Steven Weiler, Joseph Ewald    **Chaplain:** Louis J. Campione