IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BLOOM, et. al. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:26-cv-01232 |
| | : | |
| CITY OF PHILADELPHIA, et. al. | : | |
| Defendants. | : | |
| | : | |

## STIPULATION OF DISMISSAL

1.      Whereas Plaintiffs filed a complaint against City of Philadelphia and Philadelphia Police Department on February 25, 2026.

2.      Whereas Counsel for Defendants has stipulated that the appropriately named party is The City of Philadelphia.

3.      Whereas upon receipt of these stipulations, Plaintiffs agree to dismiss the Philadelphia Police Department as a party.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that **Philadelphia Police Department** is dismissed from this civil action without prejudice.

/s Christopher D'Amore

_____
Christopher K. D'Amore
Senior City Solicitor
Labor & Employment Unit
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, PA 19102
Christopher.Damore@phila.gov
*Attorney for Defendants*

_____
Nicholas R. Barry*
Tennessee Bar No. 031963
America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, DC 20003
nicholas.barry@aflegal.org
*Attorney for Plaintiffs*

_____
Trey Donathan*
North Carolina Bar No. 63878
America First Legal Foundation
611 Pennsylvania Ave, SE #231
Washington, DC 20003
trey.donathan@aflegal.org
*Attorney for Plaintiffs*

_____
Walter Stephen Zimolong
Pennsylvania Bar No. 89151
Zimolong LLC
P.O. Box 552
Villanova, PA 19085-0552
wally@zimolonglaw.com
*Attorney for Plaintiffs*


  /s/    *Jonathan F. Mitchell*
Jonathan F. Mitchell
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701
jonathan@mitchell.law
*Attorney for Plaintiffs*

* *pro hac vice*


Approved by:

 /s/ *Joshua D. Wolson*
_____
JUDGE JOSHUA D. WOLSON
United States District Judge

Dated: April 27, 2026