**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| CHRISTOPHER BLOOM, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> *Defendants.* | Case No. 2:26-cv-1232-JDW |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE AS DEFENDANT

Upon consideration of the Motion to Intervene as Defendant filed by the Guardian Civic League, along with the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause to grant the motion. The requirements of Rule 24(a)(2) are met because the Motion was timely filed; the Guardian Civic League has substantial interests in the case; the Guardian Civic League's interests could be affected or impaired by the disposition of the case; and the Guardian Civic League's interests are not adequately represented by the existing parties.

Moreover, the Court would in the alternative grant permissive intervention under Rule 24(b) because the motion is timely; the Guardian Civic League's participation will aid in the effective airing of issues and the ultimate disposition of the case; and the Guardian Civic League has a claim or defense that shares with the main action a common question of law or fact.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to docket the Proposed Answer, which is attached to the Motion to Intervene as Defendant, as Intervenor-Defendant's Answer to Plaintiffs' Complaint.

Dated: _____          _____

                                                            Joshua D. Wolson, J.