**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, a true and correct copy of the Guardian Civic League's Motion to Intervene as Defendant, Memorandum of Law, Proposed Answer, and Proposed Order were served on counsel of record for all parties via the Court's electronic filing system.

Dated: May 20, 2026                                   */s/ Benjamin D. Geffen*
                                                      Benjamin D. Geffen