# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER BLOOM, et al.**, *Plaintiffs*, v. **CITY OF PHILADELPHIA, et. al.**, *Defendants*. | **Case No. 2:26-cv-01232-JDW** |

## ORDER

**AND NOW**, this 20th day of May, 2026, it is **ORDERED** that the Pretrial Conference scheduled for May 21, 2026 is **CANCELLED**.

BY THE COURT:

/s/ Joshua D. Wolson
JOSHUA D. WOLSON, J.