**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER BLOOM, et al.** | CIVIL ACTION |
| **Plaintiffs,** | No. 2:26-cv-1232 |
| **v.** | |
| **CITY OF PHILADELPHIA, et al.** | |
| **Defendants.** | |

**DEFENDANTS CITY OF PHILADELPHIA, KEVIN J. BETHEL, KRISTA DAHL-CAMPBELL, AND CANDI JONES' RESPONSE IN OPPOSITION TO THE MOTION TO INTERVENE AS DEFENDANT BY GUARDIAN CIVIC LEAGUE**

Defendants City of Philadelphia, Kevin J. Bethel, in his official capacity as Police Commissioner, Krista Dahl-Campbell, in her official capacity as Police Deputy Commissioner, and Candi Jones, in her official capacity as Chief Human Resources Officer (jointly, "City Defendants"), by and through undersigned counsel, hereby file this Response in Opposition to the Motion to Intervene as Defendant (the "Motion") (ECF No. 19) by Guardian Civic League ("GCL"). In support of this response, the City Defendants rely upon the attached Brief.

1. The City Defendants agree that the Motion is timely.

2. GCL's Motion should be denied because GCL has not established the substantive requirements of intervention under Fed.R.Civ.P. 24(a)(2) or (b)(1)(B).

3. GCL does not have a right to intervene does not have a "sufficient interest" in the case because GCL's interest is not concrete or significantly protectable. GCL does not point to any specific outcome that would substantially impact their interests in a particular way or explain why their interest is more than a general interest in the City's promotional practices. GCL also

1

does not adequately show how their interests would be impaired or that the City Defendants will not adequately represent their interests.

4. GCL's Motion for permissive intervention should also be denied because GCL has not shown what they will add to the litigation. On the contrary, GCL's intervention will likely only serve to complicate this matter with issues beyond those identified in the Complaint.

5. The City Defendants recognize that this matter involves issues of general public interest. However, GCL's interests are already represented in this matter by the City Defendants.

WHEREFORE, the City Defendants respectfully request that the Court deny Proposed Intervenor Guardian Civic League's Motion to Intervene as a Defendant.

CITY OF PHILADELPHIA
LAW DEPARTMENT
/s Christopher D'Amore

Date: June 3, 2026

_____

Christopher D'Amore
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-0062
Christopher.damore@phila.gov
*Attorneys for Plaintiff the City of Philadelphia*

2