**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER BLOOM, et al.** | CIVIL ACTION |
| **Plaintiffs,** | No. 2:26-cv-1232 |
| **v.** | |
| **CITY OF PHILADELPHIA, et al.** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I, Christopher D'Amore, do hereby certify that a true and correct copy of the foregoing Opposition to the Motion to Intervene as a Defendant filed by Guardian Civic League and supporting Brief was filed via the Court's electronic filing system and is available for downloading.

Date: June 3, 2026

CITY OF PHILADELPHIA
LAW DEPARTMENT
/s Christopher D'Amore

_____

Christopher D'Amore
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-0062
Christopher.damore@phila.gov
*Attorneys for Plaintiff the City of Philadelphia*