**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CHRISTOPHER BLOOM, et al.** | CIVIL ACTION |
| **Plaintiffs,** | No. 2:26-cv-1232 |
| **v.** | |
| **CITY OF PHILADELPHIA, et al.** | |
| **Defendants.** | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion to Intervene as Defendant by the Guardian Civic League (the "Motion") (ECF No. 19), the response in opposition by Defendants City of Philadelphia, Kevin J. Bethel, in his official capacity as Police Commissioner, Krista Dahl-Campbell, in her official capacity as Police Deputy Commissioner, and Candi Jones, in her official capacity as Chief Human Resources Officer, and any other response thereto, it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
HON. JOSHUA D. WOLSON, J.