## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

BLOOM et al,

      *Plaintiff,*

   v.

CITY OF PHILADELPHIA et al,

      *Defendant.*

Civil Action No. 2:26-cv-01232

## NOTICE OF ATTORNEY WITHDRAWAL

Pursuant to Local Civil Rule 5.1(b), notice is hereby given that Trey Donathan, of America First Legal Foundation, withdraws his appearance as counsel for Plaintiff in the above-captioned action. This withdrawal is necessitated by the attorney's departure from the foundation. Plaintiff will continue to be represented in this matter by its remaining counsel of record.

DATED: June 5, 2026

Respectfully submitted,
*/s/ Trey Donathan*
TREY DONATHAN*
N.C. Bar No. 63878
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave, SE #231
Washington, DC 20003
Tel.: (704) 412-8207
E-mail: trey.donathan@aflegal.org

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that this document was filed through the Court's CM/ECF system on June 5, 2026.

*/s/ Trey Donathan*
TREY DONATHAN