**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOPHER BLOOM, *et al.*,<br><br>      *Plaintiffs,*<br><br>    v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>      *Defendants.* | Case No. 2:26-cv-1232-JDW |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Brent W. Landau of the Public Interest Law Center as counsel for Proposed Intervenor-Defendant, the Guardian Civic League, in the above-captioned matter.

Date: June 10, 2026

Respectfully submitted,

*/s/ Brent W. Landau*
Brent W. Landau (PA No. 202189)
PUBLIC INTEREST LAW CENTER
1617 John F. Kennedy Blvd., Suite 1650
Philadelphia, PA 19103
267-546-1302
blandau@pubintlaw.org

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 10, 2026, a true and correct copy of the forgoing Notice of Entry of Appearance was served on counsel of record for all parties via the Court's electronic filing system.

/s/ Brent W. Landau
Brent W. Landau