UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Christopher Bloom** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**City of Philadelphia**, et al.,<br><br>Defendants. | Case No. 2:26-cv-01232-JDW |

## NOTICE TO THE COURT REGARDING THE GUARDIAN CIVIC LEAGUE'S MOTION TO INTERVENE

On May 20, 2026, the Guardian Civic League moved to intervene as a defendant. *See* Docket Entry No. 19. The plaintiffs are taking no position on the motion and did not file a brief in opposition.

Plaintiffs' counsel, however, recently read the opinion of this Court in *Commonwealth v. O'Neill*, 100 F.R.D. 354 (E.D. Pa. 1983), which noted the possibility that members of organizations that seek to intervene as defendants may also be members of the proposed plaintiff classes in this lawsuit. *See id*. at 356 (observing that the Fraternal Order of Police's "application for intervention, taken literally, would have removed a large segment of the plaintiff class and re-aligned it as a defendant class").

The Guardian Civic League says that most of its 1,100 members are "active or retired law enforcement officers from the Philadelphia Police Department and other local law enforcement agencies" and that it is "proud to have members of all racial backgrounds." Declaration of Crystal Coleman, ECF No. 19, at ¶¶ 4–5. So at least some of the Guardian Civic League's members will also be members of one or more of the proposed classes, which include: (a) "all white male employees of the City of Philadelphia Police Department who are currently seeking promotion or will seek

promotion in the future"; and (b) "all white male employees of the City of Philadelphia Police Department who, since November 2021 (when the 'Rule of Two' was eliminated), were eligible for promotion under civil-service rules, ranked in a position from which they would have been promoted under the former 'Rule of Two,' but were bypassed for promotion under the 'Rule of Five' in favor of a candidate with lower scores on the civil service examination." Complaint, ECF No. 1, at ¶ 147. Allowing intervention could therefore create a situation in which individual police officers in the City of Philadelphia Police Department are on both sides of the "v" and are being represented by different attorneys pursuing diametrically opposed objectives.

The Court in *O'Neill* tried to resolve this problem by allowing the Fraternal Order of Police to intervene, but only for the purpose of representing non-class members or those "who did not wish to be members of the class represented by plaintiffs." *O'Neill*, 100 F.R.D. at 356. The Court may wish to impose a similar limitation on the Guardian Civic League's representation if it decides to grant intervention. The Court may also wish to request supplemental briefing from the parties and the proposed intervenor on this issue.

We have attached the opinion in *O'Neill* as an exhibit to this notice.

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

GENE P. HAMILTON*
Virginia Bar No. 80434
President and General Counsel
NICHOLAS R. BARRY*
Tennessee Bar No. 031963
Senior Counsel
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
(202) 964-3721 (phone)

gene.hamilton@aflegal.org
nicholas.barry@aflegal.org

* admitted *pro hac vice*

WALTER S. ZIMOLONG
Pennsylvania Bar No. 89151
Zimolong LLC
Post Office Box 552
Villanova, Pennsylvania 19085-0552
(215) 665-0842 (phone)
wally@zimolonglaw.com

Dated: June 19, 2026

*Counsel for the Plaintiffs
and the Proposed Classes*

## CERTIFICATE OF SERVICE

I certify that on June 19, 2026, I served this document through CM/ECF upon:

CHRISTOPHER D'AMORE
Senior Attorney
Labor and Employment Unit
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, Pennsylvania 19102
(215) 683-0062 (office)
(267) 251-6830 (cell)
christopher.damore@phila.gov

*Counsel for the Defendants*

  /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for the Plaintiffs*
*and the Proposed Classes*