**U.S. Department of Justice**
## Civil Rights Division

civilrights.justice.gov

702489-GDP

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Jan 22, 2026

LeRoy Ziegler Jr.

████████████████

Re:     LeRoy Ziegler Jr. v. PHILADELPHIA POLICE
DEPARTMENT, et al.,
EEOC Charge No. 530-2026-01500

Dear LeRoy Ziegler Jr.,

You are receiving this notice because you filed the above
charge(s) with the Equal Employment Opportunity
Commission (EEOC), and you or your attorney specifically
requested this notice.

Because either 180 days have passed since you filed the
above charge(s), or because the EEOC has determined that
it will not be able to conclude its administrative process
within 180 days of the date it assumed jurisdiction of the
charge(s), you are hereby notified that you have the right to
file a lawsuit commencing a civil action based on the
charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42
  U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified
above, **you must file it in the appropriate court within 90
days of receiving this Notice**.  This Notice should not be
taken to mean that the Department of Justice has made a
judgment as to whether your charge is meritorious.  If you
haven't already, you may want to consult with a private
attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file
pertaining to this matter, please address your inquiry to the
following EEOC office: Philadelphia District Office. Contact
information for this office can be located at
https://www.eeoc.gov/field-office/philadelphia/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC:███████████████, JONATHAN@MITCHELL.LAW,
Deborah.neary@phila.gov, David.holohan@eeoc.gov

**Contact**

civilrights.justice.gov

    U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

(202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716