From: **DOJ Civil Rights - Do Not Reply** civilrightsdonotreply@mail.civilrights.usdoj.gov
Subject: Response: Your Civil Rights Division Report - 774365-XQN from the Employment Litigation Section
Date: May 19, 2026 at 8:45 AM
To: jonathan@mitchell.law



 | civilrights.justice.gov

774365-XQN

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

May 19, 2026

Matthew Stankiewicz

mstankiewicz1986@gmail.com

Re:     Matthew Stankiewicz v. Philadelphia Police
Department - City of Philadelphia, et al.,
EEOC Charge No. 530-2026-05072

Dear Matthew Stankiewicz,

You are receiving this notice because you filed the above
charge(s) with the Equal Employment Opportunity
Commission (EEOC), and you or your attorney specifically
requested this notice.

Because either 180 days have passed since you filed the
above charge(s), or because the EEOC has determined that
it will not be able to conclude its administrative process
within 180 days of the date it assumed jurisdiction of the
charge(s), you are hereby notified that you have the right to
file a lawsuit commencing a civil action based on the

charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**.  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether your charge is meritorious.  If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: Philadelphia District Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/philadelphia/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: mstankiewicz1986@gmail.com, jonathan@mitchell.law, christopher.damore@phila.gov, david.holohan@eeoc.gov

### Contact

civilrights.justice.gov      U.S. Department of Justice      (202) 514-3847 1-855-856-1247 (toll-free)

| Civil Rights Division 950 Pennsylvania Avenue, NW Washington, D.C. 20530-0001 | Telephone Device for the Deaf (TTY) (202) 514-0716 |