## EXECUTIVE ORDER NO. 1-16

## OFFICE OF THE CHIEF DIVERSITY & INCLUSION OFFICER

**WHEREAS,** the City derives strength from the diversity of its population and from its commitment to equal opportunity for all; and

**WHEREAS,** the City is committed to creating a culture of inclusion that values and promotes opportunity for all of its diverse citizens in all aspects of City employment, business and service; and

**WHEREAS,** diversity and a culture of inclusion benefit from the presence, participation and opportunity for full involvement of individuals from different races, ethnicities, sexual orientations, abilities, genders, gender identities or expressions, national origins, religions, beliefs, and socio-economic backgrounds; and

**WHEREAS,** the City invests significant resources to create and support diversity and inclusion efforts; and

**WHEREAS,** the City's efforts to recruit, retain and contract with diverse individuals and businesses have historically been decentralized; and

**WHEREAS,** an effective diversity management policy for the City requires coordinated implementation of diversity and inclusion programs, initiatives, research and strategies related to all aspects of City work, including employment, promotions, procurement and communications; and

**WHEREAS,** effective strategic diversity and inclusive management practices will further enhance City employee productivity and customer service, nurture the development of

employees at all levels, and strengthen the City's economy by increasing the pool of diverse employees, citizens and businesses; and

**WHEREAS,** diversity, inclusion and fairness with respect to access to business opportunities are essential to ensuring jobs and restoring an economy that benefits all neighborhoods in this City;

**NOW, THEREFORE,** I, JAMES F. KENNEY, Mayor of the City of Philadelphia, by the powers vested in me by the Philadelphia Home Rule Charter, do hereby order as follows:

### SECTION 1. Chief Diversity & Inclusion Officer

There is hereby created within the Office of Mayor the position of Chief Diversity & Inclusion Officer ("CDIO") who shall undertake the duties and responsibilities set forth herein to promote diverse and inclusive best practices throughout City government and wherever the City shall conduct business or provide services. The CDIO shall report to the Mayor.

### SECTION 2. Duties and Responsibilities

The CDIO shall provide direction, guidance, advice, and support to the Mayor, as well as City departments, agencies, authorities, boards and commissions, on improving and strengthening diversity and inclusion throughout City government, including in the provision of services and the conduct of City business. Specific responsibilities assigned to the CDIO by the Mayor shall include but are not limited to the following:

(1)     Oversee annually the performance of City Depositories, in consultation with the City Treasurer, pursuant to Section 19-201(2) of The Philadelphia Code, requiring City Depositories to report on and address lending and investment disparities.

2

(2)     Serve as the Mayor's representative in the oversight of Executive Order No. 3-12, as amended, pertaining to Antidiscrimination Policy Relating to the Participation of Minority, Women and Disabled Businesses in City Contracts and the strategic direction of the Office of Economic Opportunity, OEO.

(3)     Develop, design, and work with the relevant agencies to implement a strategic plan to accomplish the City's diversity and inclusion vision and goals.

(4)     Assist City departments, agencies, authorities, boards and commissions in identifying, developing and implementing inclusive strategies and initiatives to improve the recruitment, retention and promotion of diverse persons.

(5)     Explore the utilization of training and work with the relevant agencies to implement such programs where feasible in the area of implicit bias and related subjects.

(6)     Research explicit and implicit barriers to inclusion of diverse persons working within City government, and make such reports to the Mayor as are necessary to identify such barriers and their causes, and recommend policies that will eliminate them.

(7)     Seek to expand principles of inclusion among those who do and seek to do business with City government.

(8)     Work to fill positions within City departments, agencies, authorities, boards and commissions by (a) identifying talent across diverse communities; (b) partnering with area colleges and universities to develop programs to train and discover diverse candidates.

(9)     Assess the growth of diversity and inclusion in City departments, agencies, authorities, boards, and commissions, and benchmark progress towards inclusive practices through the utilization of statistical data, metrics and relevant reports.

(10)    Consult regularly with the following:

(a)    Those boards and commissions of the City that are actively engaged in identifying critical diversity issues and committed to making the City more inclusive.

(b)    The Executive Director of the Philadelphia Human Relations Commission to identify and accelerate inclusion programs.

(c)    Non-profit community organizations that are actively engaged in diversity and inclusion programs and activities.

(11)    Perform such other duties as directed by the Mayor.

### SECTION 3. Deputies

Subject to the advance approval of the Mayor, the CDIO may hire deputies and assistants to aid in carrying out the CDIO's responsibilities herein.

### SECTION 4. Effective Date

This Order shall take effect immediately.

_____1/4/16_____
Date

_____
James F. Kenney, Mayor

4