

## PHILADELPHIA LODGE #5
## FRATERNAL ORDER OF POLICE
### 11630 Caroline Road, Philadelphia, PA 19154-2110
215-629-3600      website:  www.fop5.org      215-629-5736 (fax)

**Roosevelt L. Poplar, President**                    **Peter Sweryda, Recording Secretary**

# FOP Statement on Recent Promotional Decisions

FOP Lodge #5 has spoken with numerous members who were passed over for promotion to the ranks of Sergeant, Lieutenant, and Captain under the "Rule of Five."

Last year, PPD leadership assured the FOP that there would be no widespread use of the "Rule of Five." The events of yesterday clearly show otherwise.

The FOP has filed grievances on behalf of all impacted members and is actively exploring additional remedies, including potential relief under recent guidance provided by the Federal Department of Justice and Equal Employment and Opportunity Commission concerning unfair DEI practices in law enforcement.

We recognize the hard work, dedication, and commitment our members invest in the promotional process. They deserve far better from the PPD Executive Team than a cold, impersonal email dismissing their career aspirations without any credible explanation.

Frankly, we need more support for our officers at a critical time when morale is low and retention of our officers is vital to the department's long-term growth and success.

Any member affected by this matter is encouraged to contact the FOP at 215-629-3600 with questions or concerns.

Fraternally,

Roosevelt L. Poplar, President
Philadelphia, Lodge #5
Fraternal Order of Police

**EXECUTIVE BOARD MEMBERS**
Vice Presidents: Nicholas DeNofa, Yvette Clark, John McLaughlin, John R. McGrody
Recording Secretary: Peter Sweryda   Financial Secretary: Michael P. Trask   Treasurer: William Sierra
Trustees: Ashley D. Hoggard, Michael Cerruti, Scott R. Bradley, John Hoyt, James F. Crown, Jr.   Conductor Sharon Jonas
Guards: Steven Weiler, Joseph Ewald   Chaplain: Louis J. Campione