UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **Christopher Bloom**, **Andrew Furtak,** **Kollin Berg**, **Joseph Musumeci,** **Matthew Stankiewicz, Marc** **Monachello**, **Leroy Ziegler Jr.,** and **Robert Ritchie,**<br><br>Plaintiffs,<br><br>v.<br><br>**City of Philadelphia**, **Kevin J. Bethel**, in his official capacity as Police Commissioner, **Krista Dahl-Campbell**, in her official capacity as Police Deputy Commissioner, and **Candi Jones**, in her official capacity as Chief Human Resources Officer,<br><br>Defendants. | Case No. 2:26-cv-01232-JDW |

## STIPULATION OF CONSENT TO FILE FIRST AMENDED CLASS-ACTION COMPLAINT

The parties consent to the filing of the plaintiffs' first amended complaint.

Dated: June 19, 2026

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for the Plaintiffs*
*and the Proposed Classes*

/s/ Christopher D'Amore
CHRISTOPHER D'AMORE
Senior Attorney
Labor and Employment Unit
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, Pennsylvania 19102
(215) 683-0062 (office)
(267) 251-6830 (cell)
christopher.damore@phila.gov

*Counsel for the Defendants*

STIPULATION OF CONSENT