**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**CHRISTOPHER BLOOM, et al.**,

*Plaintiffs*,

v.

**CITY OF PHILADELPHIA, et. al.**,

*Defendants*.

</td><td>

Case No. **2:26-cv-01232-JDW**

</td></tr>
</table>

## ORDER

**AND NOW**, this 23rd day of June, 2026, it is **ORDERED** that Plaintiffs' First Amended Class-Action Complaint is **STRICKEN** as (1) untimely, pursuant to Federal Rule of Civil Procedure 15(a)(1)[1], and (2) violative of Section I.C.1 of my Policies And Procedures.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

---

[1]    The First Amended Class-Action Complaint does not indicate that Defendants gave their written consent for Plaintiffs to amend their Complaint. *See* Fed. R. Civ. P. 15(a)(2).