# EXECUTIVE ORDER NO. 1-20
## OFFICE OF DIVERSITY, EQUITY AND INCLUSION

WHEREAS, the City derives strength from the diversity of its population and from its commitment to equal and equitable opportunity for all; and

WHEREAS, the City requires coordinated implementation of diversity, inclusion and equity initiatives related to all aspects of government work; and

WHEREAS, because we are at our best when we draw on the talents of all persons and recognize that our greatest accomplishments are achieved when everyone fully participates on issues of mutual importance, this Administration created the first Office of the Chief Diversity & Inclusion Officer for the City of Philadelphia in January 2016; and

WHEREAS, during the past four years this government has made steady advances in building a more diverse workforce; and

WHEREAS, diversity, equity and inclusion are at the foundation of this Administration's programs to expand access to high quality early childhood education; promote diversity and economic inclusion in the design and construction industries through the Rebuilding Community Infrastructure (Rebuild) initiative; and improve transportation and housing in historically disinvested communities; and

WHEREAS, a pillar of this Administration has been to develop a diverse workforce that looks like Philadelphia and that is treated with respect; and

WHEREAS, the City expects all of its employees to conduct themselves in a professional manner, with respect and concern for other employees and members of the public; and

WHEREAS, managers and supervisors need periodic, structured and organized training in the field of diversity, equity and inclusion; and

1

WHEREAS, the City of Philadelphia is committed to actively dismantling policies, laws and practices that have advanced racial inequity; and

WHEREAS, this Administration commits to making a renewed and intentional effort to ensure fairness and equitable services, resources and opportunities so that all Philadelphia residents reach their full potential; and

WHEREAS, racial and social disparities persist across key indicators of success in Philadelphia, including in employment, education, health, housing, jobs and criminal justice, as well as access to a healthy environment and green spaces, access to government services and contracting opportunities for government projects; and

WHEREAS, the City of Philadelphia acknowledges the role institutional and structural racism has had and continues to contribute to racial and social disparities for populations including communities of color, children, seniors, individuals of immigrant status, individuals with disabilities, women, and LGBTQ residents;

NOW, THEREFORE, I, JAMES F. KENNEY, Mayor of the City of Philadelphia, by the powers vested in me by the Philadelphia Home Rule Charter, do hereby order as follows:

**SECTION 1. <u>Chief Diversity, Equity and Inclusion Officer.</u>**

A.      The Chief Diversity & Inclusion Officer created under Executive Order No. 1-16 is renamed the Chief Diversity, Equity and Inclusion Officer and shall be the head of the Office of Diversity, Equity and Inclusion ("DEI"), which is hereby created within the Office of the Mayor.

B.      Executive Order No. 1-16 is amended such that each use of the phrase "diversity and inclusion" shall be replaced with the phrase "diversity, equity and inclusion."

C.      The Chief Diversity, Equity and Inclusion Officer shall, in addition to the responsibilities set forth in Executive Order No. 1-16 and as otherwise set forth in this Order, oversee the work of the following offices:

1.      The Mayor's Office of Lesbian, Gay, Bisexual and Transgender (LGBT) Affairs; and

2.      The Mayor's Office on People with Disabilities.

D.      DEI shall be responsible for implementing the Employment Diversity and Inclusion Initiative and the Racial Equity Initiative, as further set forth in this Order.

**SECTION 2. City -Wide Employment Diversity and Inclusion Initiative.**

A.      The purpose of the Employment Diversity and Inclusion Initiative is to promote the City's commitment to building a workforce that better reflects and serves the people of Philadelphia, inclusive of race, ethnicity, religion, ability, age, gender, gender identity and sexual orientation.

B.      All City departments and offices under the authority of the Mayor (hereinafter referred to as "departments") shall each year prepare an Employment Diversity and Inclusion Plan ("Annual EDI Plan"), which shall be provided to DEI at the beginning of each fiscal year. DEI shall timely provide all departments with detailed instructions describing the Annual EDI Plan format and content.

C.      Each Annual EDI Plan shall include the following:

1.      A Workforce Planning Document ("WPD") shall detail anticipated hiring and vacancies in the departmental workforce, including hiring opportunities in the exempt workforce, and a workforce metrics forecast.

2.     A Workforce Diversity strategy for recruitment from a diverse, qualified group of potential applicants designed to secure a high performing workforce drawn from all segments of the population. The Workforce Diversity strategy shall be based in part upon the WPD and conversations between DEI and departmental leadership.

3.     A Workforce Inclusion Plan setting forth a plan for developing a supportive, welcoming, inclusive and fair work environment that enables employees to contribute their full potential and develop professionally.  The Plan shall describe all efforts utilized to reduce biased behaviors, policies and practices in the workplace.

D.     The Chief Diversity, Equity and Inclusion Officer or their designee shall regularly meet with each department to review progress in achieving benchmarks within their Annual EDI Plan.  The meetings will include a discussion of the workforce metrics forecast, recruitment, promotion and separations, as well as a discussion of inclusiveness and what the department is doing to promote inclusivity within the work environment.

## SECTION 3.  The Racial Equity Initiative.

A.     As used herein, "Racial Equity" means increased success for all groups so that race cannot predict one's success that is achieved through proactive work that addresses root causes of inequities and through the elimination or altering of government policies, practices, attitudes and cultural messages that reinforce differential outcomes by race.

B.     DEI shall oversee the development of a City-wide Racial Equity Framework that sets forth the City's values and vision for racial equity; key priority areas to achieve more equitable outcomes for all residents of Philadelphia; and performance measures; and that includes a strategic plan to have each office and department (hereinafter "department") complete

4

an initial Racial Equity Assessment and an initial Racial Equity Action Plan, with all departments providing an Assessment and a Plan by the end of 2023.

C.     DEI shall work with each department to develop a departmental Racial Equity Action Plan, which will identify goals to increase success for all groups through targeted strategies focused on the elimination or altering of government policies, practices, attitudes and cultural messages that influence differential outcomes by race.  Such coordinated work shall utilize best practices for Racial Equity Assessment, meaning a systematic process of identifying and addressing current government policies and practices that may contribute to racial disparities in community outcomes.

D.     DEI shall work with City departments to determine whether particular data collection practices are effective for measuring equity and recommend any best practices with possible application to other departments.  DEI will identify departmental data and collection practices, to the extent permitted by law, to better inform this work, which may include the disaggregation of data by race/ethnicity, and income.

E.     All departments shall participate in capacity building in connection with their Racial Equity Assessment and the preparation of their departmental Racial Equity Action Plans, including training and education around diversity, equity and inclusion, for the purpose of developing the knowledge and skills needed to advance racial equity.

F.     The Chief Diversity, Equity and Inclusion Officer will coordinate the appointment of a Racial Equity Steering Committee consisting of leaders from City offices and departments whose purpose shall be to oversee implementation of departmental Racial Equity Action Plans throughout calendar year 2020 and thereafter.

G.    In calendar year 2020, DEI, in consultation with the Racial Equity Steering Committee, shall select a cohort of departments suitable for the development of an initial set of departmental Racial Equity Action Plans. Additional departments will be selected in each ensuing year so that every department will have completed a Racial Equity Action Plan by the end of 2023.

**SECTION 4.  <u>Diversity, Equity and Inclusion Training.</u>**

A.    Each office and department shall identify a point of contact to partner with the office of DEI in the development and implementation of education, training and tools to support execution of this Executive Order.

B.    Each office and department shall cooperate with DEI to ensure that all executives, managers and supervisors receive mandatory diversity, equity and inclusion training every three years, at a minimum.  Such training will focus on institutional drivers of inequities, including institutional and structural racism.  DEI shall maintain records of training attendance.  If the Chief Diversity, Equity and Inclusion Officer certifies that an outside consultant has provided training for one or more departments that are substantively similar to trainings given in-house, no additional trainings shall be required.

**SECTION 5. <u>Effective Date.</u>**

This Order shall take effect immediately.

1/6/20
_____
Date

_____
James F. Kenney, Mayor

6