UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Christopher Bloom, Andrew Furtak,
Kollin Berg, Joseph Musumeci,
Matthew Stankiewicz, Marc
Monachello, Leroy Ziegler Jr., and
Robert Ritchie,

        Plaintiffs,

v.

City of Philadelphia, Kevin J. Bethel,
in his official capacity as Police
Commissioner, Krista Dahl-Campbell,
in her official capacity as Police Deputy
Commissioner, and Candi Jones, in her
official capacity as Chief Human
Resources Officer,

        Defendants.

Case No. 2:26-cv-01232-JDW

## STIPULATION OF CONSENT TO FILE FIRST AMENDED CLASS-ACTION COMPLAINT

The parties consent to the filing of the plaintiffs' first amended complaint.

Dated: June 19, 2026

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for the Plaintiffs
and the Proposed Classes*

Respectfully submitted.

 /s/ Christopher D'Amore
CHRISTOPHER D'AMORE
Senior Attorney
Labor and Employment Unit
City of Philadelphia Law Department
1515 Arch Street, 14th floor
Philadelphia, Pennsylvania 19102
(215) 683-0062 (office)
(267) 251-6830 (cell)
christopher.damore@phila.gov

*Counsel for the Defendants*