# EXECUTIVE ORDER NO. 6-23

## ADVANCING RACIAL EQUITY

**WHEREAS,** the city of Philadelphia is a racially heterogenous city that derives its strength from the diversity and resolve of its population;

**WHEREAS**, the City of Philadelphia aspires to build a city where access, opportunity, and success are not determined by race, and where every resident is able to thrive;

**WHEREAS,** deep race-based disparities exist in Philadelphia across all indicators of well-being, including housing security, access to health care, and other areas where City service provision plays a critical role in affecting resident outcomes;

**WHEREAS,** these racial inequities are the result of individual, institutional and structural racism that continues to disadvantage Black, Indigenous, and People-of-Color communities;

**WHEREAS**, eliminating racism and racial discrimination from the City's governing policies, systems, and structures is critical to providing access, opportunity and success for every Philadelphian;

**WHEREAS**, the City of Philadelphia has a vested interest in reversing the impact of structural racism and ensuring that its present-day policies and actions do not contribute to racial inequity;

**WHEREAS,** the City of Philadelphia seeks to strengthen a successful framework for ensuring diversity, equity, inclusion, and access in all aspects of government decision-making, operations, and the delivery of services;

**WHEREAS**, from 2020 through 2023 the City of Philadelphia completed an initial Racial Equity Action Planning process whereby all departments and offices that report to the Mayor received racial equity training and developed initial Racial Equity Action Plans to dismantle policies and practices that have advanced racial inequity;

**WHEREAS**, the City of Philadelphia has established a promising budgeting strategy to provide quality government services and infrastructure, maintain the City's long-term fiscal health, reduce racial disparities, and advance equitable outcomes for all Philadelphians;

**WHEREAS,** the City of Philadelphia has established strategies and initiatives designed to address racial inequities in its hiring, promotional and other people strategies;

**WHEREAS,** additional and ongoing efforts are needed to fully leverage the City's existing processes and strategies and to address racial inequities in City policies, practices, systems, and structures;

**NOW, THEREFORE**, I, JAMES F. KENNEY, Mayor of the City of Philadelphia, by the powers vested in me by the Philadelphia Home Rule Charter, do hereby order as follows:

**SECTION 1: Racial Equity Policy Statement**

In acknowledgement of the role of government in creating and maintaining the conditions that cause racial inequity, the City of Philadelphia commits to achieving racial equity through looking inward to transform City policies and culture and reaching outward to engage with and serve those members of the Philadelphia community who have too often been left behind. The leaders of all City departments and offices under the authority of the Mayor hereby commit to managing ongoing and sustained efforts to pursue racial equity in decision-making, operations, and service delivery.

**SECTION 2: Annual Racial Equity Action Planning and Budgeting**

A. Each City department and office shall annually prepare a Racial Equity Action Plan ("Annual Racial Equity Action Plan" or "Plan") as part of the Annual Employment Diversity and Inclusion Plan process. Each departmental Annual Racial Equity Action Plan shall identify recommendations and next steps to promote racial equity through internal and external strategies during the upcoming year. Such Plan shall address progress on strategies reflected in the relevant department or office's prior Plans.

B. Each City department and office shall prepare its annual operating and capital budgets to align with its Annual Racial Equity Action Plan and citywide racial equity goals. Each City department and office shall make reasonable efforts to provide resources for its racial equity strategies and articulate the intended racial equity impact of its proposed budget. With support from the Budget Office and the Office of Diversity, Equity and Inclusion ("ODEI"), each department and office shall engage in an annual assessment of the extent to which its current and proposed resource allocations will drive outcomes that reduce racial disparities within the City ("Budgeting for Racial Equity").

**SECTION 3: Establishment of the City's Racial Equity Community of Practice**

A. The City's Racial Equity Community of Practice is hereby established in ODEI.

B. The Racial Equity Community of Practice shall be constituted as follows:

1. Membership shall be open to all City employees with departmental approval.

2. ODEI shall establish a leadership structure for the Racial Equity Community of Practice and a process for leader selection.

C. The Racial Equity Community of Practice shall:

1. Provide department staff with ongoing professional development and training, including with respect to citywide best practices.

2. Offer coaching, technical assistance, and network support to help departments workshop and elevate their racial equity goals and initiatives.

3. Solicit feedback for ongoing racial equity projects.

4. Provide recommendations to ODEI, department heads and other senior leadership on the implementation, evaluation and revision of the City's racial equity strategies and departmental Annual Racial Equity Action Plans.

**SECTION 4: Responsibilities of ODEI**

To promote the Annual Racial Equity Action Plans and Budgeting for Racial Equity, ODEI shall:

A. Support departmental racial equity efforts, including but not limited to: development and implementation of Annual Racial Equity Action Plans; establishment of performance measures, data collection, and data reporting to track progress toward achieving racial equity; and implementation of the City's Budgeting for Racial Equity process in partnership with the Budget Office.

B. Convene and coordinate department heads and other senior leadership as appropriate to elevate and advance citywide racial equity goals and initiatives.

C. Establish and implement next steps for a citywide racial equity strategy, including but not limited to, developing performance measures for the City's Annual Racial Equity Action Plans and citywide social equity performance measures, no later than July 1, 2024.

D. Advise the Mayor, department heads and other senior leadership on racial equity considerations, impacts of their policy, programmatic, and operations decisions, and needed compliance efforts.

E. Publicly report on departmental and citywide progress on identified equity performance measures.

F. Provide oversight and manage the operations of the City's Racial Equity Community of Practice.

**SECTION 5: Responsibilities of All Other City Departments and Offices**

To fully execute and implement the Annual Racial Equity Action Plans and Budgeting for Racial Equity process set forth in this Executive Order, each City department and office shall:

A. Engage, through its department head or designee, in active oversight of Annual Racial Equity Action Plan development and implementation and in such citywide racial equity coordination efforts as directed by ODEI.

B. Make reasonable efforts to review quarterly, and update as appropriate, its Annual Racial Equity Action Plan.

C. Provide annual reporting to ODEI on agreed-upon performance measures and such other information related to the Annual Racial Equity Action Plan and Budgeting for Racial Equity as ODEI may request.

D. Use available performance measures, equity analyses, and other available data to inform strategic planning and budgeting.

E. Designate a Racial Equity Manager to carry out racial equity action planning and implementation duties and a Budgeting for Racial Equity process, as set forth under this Executive Order. Such Racial Equity Manager may be designated from among existing staff or established as a new staff position.

F. Dedicate its Racial Equity Manager to regularly participate in the Community of Practice.

**SECTION 6: Effective Date**

This Order shall take effect immediately.

10/23/23
**DATE**

[signature]
**JAMES F. KENNEY, MAYOR**