# PHILADELPHIA POLICE DEPARTMENT

# FIVE-YEAR STRATEGIC PLAN

*The Philadelphia Police Department is releasing its Draft Five-Year Strategic Plan for public review and comment. Community members, partners, and internal and external stakeholders, are encouraged to review the draft and share feedback to help ensure the final plan reflects our shared priorities and goals for public safety. All input received will be reviewed and considered as the plan is finalized.*

**LETTER FROM THE MAYOR** ........ **3**
**LETTER FROM THE POLICE COMMISSIONER** ........ **4**
**BACKGROUND** ........ **5**
**ENGAGEMENT APPROACH** ........ **6**
**MISSION, VISION, AND VALUES** ........ **9**
**PRIORITY AREAS, OBJECTIVES, KEY PERFORMANCE INDICATORS, AND STRATEGIES** ........ **10**
PRIORITY AREA 1: ADVANCE TRUST WITH THE COMMUNITY AND PARTNERS ........ 10
PRIORITY AREA 2: ENSURE SAFE NEIGHBORHOODS ........ 13
PRIORITY AREA 3: INVEST IN THE WORKFORCE ........ 17
PRIORITY AREA 4: PROMOTE A COLLABORATIVE AND SUPPORTIVE INTERNAL CULTURE ........ 21
PRIORITY AREA 5: FOSTER ORGANIZATIONAL EXCELLENCE AND INNOVATION ........ 25
**IMPLEMENTATION AND MONITORING** ........ **29**
**PARTICIPANTS** ........ **31**
**REFERENCES** ........ **37**

DRAFT

## LETTER FROM THE MAYOR

To the People of Philadelphia,

When I took the oath of office as your 100th Mayor, I made a solemn promise: to make Philadelphia the safest, cleanest, and greenest big city in the nation, with economic opportunity for all. On my first day, I signed an Executive Order declaring a public safety emergency because the “business as usual” approach to addressing crime in our neighborhoods was not working. We needed a government that Philadelphians could see, touch, and feel—a government that shows up on every block, in every neighborhood, and for every family.

As of December 2025, Philadelphia’s homicide rate is the lowest it has been since the 1960s, the shooting rate is the lowest the city has seen in decades, and homicide clearance rates stand at 83 percent. While our goal is to have no homicides or shootings, these meaningful reductions in violent crime show that our approach is working—and that we are moving in the right direction. Public safety is not the responsibility of one person or one department; it is a collective effort. It requires private citizens, city government, community leaders, business owners, and block captains working together to co-create a city where everyone can thrive. This is what “One Philly” looks like in action.

The Philadelphia Police Department’s new five-year strategic plan reflects this holistic approach to public safety. It builds on the vision Commissioner Bethel outlined in his 100-Day Report and incorporates input from those who serve within the Department and those whom the Department serves. For the first time in our city’s history, every bureau and every rank of the Philadelphia Police Department had a seat at the table. The plan was also shaped in true partnership with the community—ensuring that youth, civic and business leaders, residents, and advocates all had an equal voice. This inclusive process ensured that everyone—from officers walking the beat, to professional staff in our offices, to neighborhood leaders and residents on every block—had an opportunity to contribute. This is not just a plan for Philadelphia; it is a plan by Philadelphians.

This plan is the engine behind my “PIE” model: Prevention, Intervention, and Enforcement. It advances a model of policing that is high-quality, constitutional, and responsive to community needs. We are not just chasing statistics—we are restoring the fabric of our neighborhoods by addressing the quality-of-life issues that define what it means to be a safe, clean, and green city. A broken streetlight or an overgrown lot is not just an eyesore; it is a safety issue that requires coordinated action. When we fix a streetlight or clear a vacant lot, we are building a foundation of safety that is measurable and sustainable.

I want to thank Commissioner Bethel and the dedicated members of the Philadelphia Police Department, as well as the residents, partners, and stakeholders who shared their time, perspectives, and lived experiences throughout this process. This evidence-based plan reflects our shared responsibility to strengthen public safety, build trust, and deliver results for every neighborhood. To every Philadelphian, hear me clearly: we will not rest. With this strategic plan as our north star and Commissioner Bethel at the helm, we will continue to build a safer city, together.

Sincerely,
Cherelle L. Parker
100th Mayor, City of Philadelphia

DRAFT

## LETTER FROM THE POLICE COMMISSIONER

To the People of Philadelphia and the Members of the Philadelphia Police Department,

When Mayor Cherelle Parker took office, she issued a clear and urgent executive order declaring a public safety emergency in our city – a direct call to action to address the gun violence, open-air drug markets, and quality-of-life crimes that have impacted our neighborhoods for far too long. Our 100-Day report laid the foundation for a safer Philadelphia by outlining immediate priorities and establishing accountability measures. In that report, I pledged that we would develop a five-year strategic plan to build on our progress and guide the Department into the future.

Today, I am proud to present our plan: a comprehensive roadmap to reduce crime, strengthen community partnerships, and transform how we serve Philadelphia. Our Theory of Action focuses on:

- **Community Partnership**: Co-creating safety with the communities we serve
- **Professional Development and Growth**: Investing in our officers and staff to deliver excellence at every level
- **Organizational Excellence and Innovation**: Using data, innovation, and proven practices to drive measurable results

Building on the Mayor's "PIE" strategy – Prevention, Intervention, and Enforcement – and prior crime plans, this five-year strategic plan moves beyond traditional policing to establish a holistic, department-wide framework for public safety. We are refocusing on the essentials: delivering constitutional, procedurally just, and high-quality responsive service to every neighborhood. True community safety is not measured by statistics alone. It is defined by our ability to show up, follow through on our commitments, and respect the dignity of every Philadelphian we serve.

The development of this strategic plan was a collaborative undertaking involving more than 200 voices. Youth, civic leaders, business leaders, community advocates, and residents contributed their perspectives on everything from modernizing our technology to reimagining how we deploy resources. Colleagues from across city government shared input on how we can collaborate more effectively to improve collective outcomes. And for the first time in our department's history, every bureau and rank, from patrol officers to chief inspectors, from professional staff to command leadership was represented in the planning process. This level of community and employee representation is unprecedented in the history of our department.

By integrating perspectives from our department, community, and city government, we are investing in prevention and intervention to stop crime, while maintaining the enforcement needed to hold those who harm our neighbors accountable. This plan is designed to transform the Philadelphia Police Department into a national model for modern, equitable policing. We are setting the standard for how a major city department can be responsive, data-driven, and community-centered.

The work ahead is ambitious, but it is work we are ready to do. I am honored to serve alongside the dedicated members of this department and grateful for the partnership of the community we protect. Together, we will build a safer Philadelphia that leads with accountability and compassion; a city where all residents can live, work, and thrive.

Sincerely,
Kevin J. Bethel
Police Commissioner
Philadelphia Police Department

DRAFT

## BACKGROUND

In April 2024, in response to Mayor Parker's Executive Order declaring a public safety emergency, the Philadelphia Police Department (PPD) released its 100-Day Plan to reduce violent crime and enhance public safety using data-driven, evidence-based strategies in prevention, intervention, and enforcement. To sustain the momentum of the 100-Day Plan and take a longer-term, comprehensive approach to safety and community engagement, PPD developed this Five-Year Strategic Plan to provide a roadmap for how the Department can best serve the city and its residents over the next five years. Grounded in Commissioner Bethel's vision of excellence in policing, this plan aligns resources, initiatives, and personnel around shared goals and measurable progress.

Unlike traditional top-down planning efforts, this strategic plan was built from the ground up. The engagement strategy was designed to be people-centered, inclusive, and transparent. It centers the voices of community members, department personnel, and key partners – ensuring that the final plan reflects the needs and priorities of those it will impact most.

Drawing on the input gathered throughout this engagement process, this strategic plan was developed to:

- Strengthen community partnerships to build trust and promote public safety together
- Use evidence-based prevention, intervention, and enforcement strategies to reduce crime effectively
- Become a more innovative and responsive organization that meets the evolving needs of our city
- Invest in the development, wellness, and retention of department employees to build a strong, professional workforce

DRAFT

## ENGAGEMENT APPROACH

Recognizing that lasting improvements in safety require collective action, PPD engaged stakeholders across the City through and in multiple ways to ensure broad representation and meaningful input throughout the planning process.

### By The Numbers

**200+** Department employees, City leaders, and community members who directly participated in the process as members of the Leadership Team, Steering Committee, or Advisory Groups.

**24** Advisory Group Meetings

**6** Department listening sessions

**2,560** Community survey responses

**6** Leadership Team Meetings

**5** Steering committee meetings

**20** Community listening sessions

DRAFT

### Strategic Planning Team

PPD convened three groups over an eight-month planning process to identify goals and expectations, define priorities, and co-create strategies. Participants for the Steering Committee and Advisory Groups were identified and selected based on nominations by Department leadership and command staff, City officials, and community leaders.

- **Leadership Team**:
  - Who: Commissioner, Deputy Commissioners, Executive Directors, and City Officials
  - Their Role: Provided strategic direction, reviewed recommendations developed by other groups, and ensured alignment with departmental priorities
- **Steering Committee**:
  - Who: Sworn and professional employees representing every rank, division, and bureau, and City officials
  - Their Role: Generated the content in the Strategic Plan informed by direction provided by the Leadership Team and ideas and priorities provided by the Advisory Groups
- **Advisory Groups**:
  - Who: Six groups of community members and advocates, civic leaders, business leaders, youth, and sworn and professional staff
  - Their Role: Shared feedback, ideas, and lived experiences to help shape the plan

### Strategic Planning Process

PPD led a 12-month process to develop this Five-Year Strategic Plan. The first three months consisted of analyzing internal programs and researching evidence-based and innovative practices nationally. At the outset, the Leadership Team set the strategic direction by updating its **Mission Statement** (which has not been updated in 20 years), creating its first **Vision Statement**, reaffirming its **Values**, and establishing **Guiding Principles** for the planning process. Over the next eight months, the Leadership Team, Steering Committee, and Advisory Groups

were engaged to inform the plan's development. In the final month, PPD released the draft plan for public comment.

## Guiding Principles

Guiding Principles are foundational commitments or assumptions that inform how the strategic plan is developed, implemented, and evaluated. These principles describe the approach the Department took throughout the planning process. They served as a compass for how decisions were made and how stakeholders – including community members – were engaged.

- **Collaborate**: We will work together across the department and with other City agencies to align efforts and strengthen public safety.
- **Build Capacity for Future Planning**: We will create a sustainable planning process and internal structures that enable the Department to meet evolving demands and create future plans.
- **Inclusive Decision Making**: We will reflect the diverse range of experiences, history, and priorities that comprise Philadelphia's communities and the Police Department's workforce.
- **Prioritize Community Partnerships and Input**: We will center community voices by reflecting their priorities and engaging people in ways that are accessible and meaningful.
- **Innovate and Prepare for the Future**: We will embrace new ideas, technologies, trainings and employee support to build a department ready for the challenges ahead.
- **Be Transparent and Accountable**: We will set clear expectations, share how input shapes the plan, and regularly report on implementation progress and outcomes.
- **Follow Evidence and Data**: We will ground our decisions in data, research, intelligence, and proven practices that improve safety and build trust.

The Department convened its Leadership Team, Steering Committee, and six Advisory Groups between May and December in facilitated working sessions to develop the components of the Strategic Plan.

Using a collaborative and iterative approach, ideas and priorities from Advisory Groups were shared with the Steering Committee and Leadership Team. Draft content from the Steering Committee was then shared back with the Advisory Groups and Leadership Team. As themes emerged, the Department convened listening sessions with 20 residents and community organizations, and employees across all six police divisions, incorporating their feedback into the prioritization of objectives.

The Department considered possible strategies to achieve its objectives from many different sources: existing programs and initiatives that should be considered for expansion, the Leadership Team, Steering Committee and Advisory Groups, other police departments across the country, and research on evidence-based and innovative practices.

The Philadelphia Police Department's Strategic Plan is organized into four key elements:

- **Priority Areas**: Broad, high-level themes or domains that represent the most important areas of focus for the Department over the next five years. These areas align with the Department's Most pressing challenges, opportunities, or commitments.

DRAFT

- **Objectives:** Specific, actionable, and measurable statements that describe what the Department aims to achieve under each priority area. They serve as clear targets that translate broad priorities into attainable outcomes.
- **Performance Measures**: Quantitative or qualitative indictors used to assess progress toward each objective. They provide a way to track success, evaluate impact, and inform decisions through data.
- **Strategies**: Specific initiatives, actions, or programs the Department will implement to achieve each objective. They are practical and often time-bound steps that detail how the Department will achieve its goals.

DRAFT

## MISSION, VISION, AND VALUES

### Mission

The Philadelphia Police Department's mission is to foster and maintain safety in our neighborhoods by building strong community partnerships and practicing fair, effective, and innovative policing. We fulfill this mission by investing in our workforce and protecting the constitutional rights of all.

### Vision

We will be the standard for public safety by leading with compassion through forward-thinking strategies to support communities where all can live, work, and thrive.

### Values

Honor. Integrity. Service.

DRAFT

## PRIORITY AREAS, OBJECTIVES, KEY PERFORMANCE INDICATORS, AND STRATEGIES

### Priority Area 1: Advance Trust with the Community and Partners

*Strengthening community trust and police legitimacy through consistent engagement, positive interactions, and shared understanding.*

Advancing trust with the community and partners is essential to police legitimacy and effective and enduring public safety efforts. The Department is committed to a consistent, citywide approach to community engagement that sets a clear standard while embracing innovative and inclusive practices. Community stakeholders consistently shared that trust grows through respectful, ongoing engagement not only during moments of enforcement, but through everyday presence and interactions. This priority area reflects the Department's commitment to building lasting relationships that reflect shared responsibility, open communication, and practices that are consistent, authentic, and responsive to the lived experiences of all communities.

### Objective One: Bolster legitimacy by increasing communication with the public through direct engagement, dialogue, and transparency

**Why this matters**: Public trust and police legitimacy depend on clear, consistent two-way communication. Research on legitimacy and procedural justice shows that when agencies are transparent, responsive, and accessible, residents are more likely to view officers as legitimate and participate in the management of safety.[1] Regular, inclusive outreach also prevents small problems from escalating and ensures policies and services reflect community needs; conversely, when departments fail to communicate or listen, trust erodes and partnerships weaken.

**Why these strategies**: These strategies were selected because building legitimacy requires communication that is continuous, inclusive, and shaped by community input rather than driven solely by the Department. "Community residents must have opportunities to voice concerns, and police must be available and attentive to receive their information."[2] Together, they create multiple, reinforcing pathways for residents – especially those historically underrepresented – to share perspectives, influence priorities, and engage directly with police leadership. By inviting ongoing dialogue and elevating youth voices this approach strengthens transparency, deepens mutual understanding, and builds the shared responsibility that is essential for lasting trust and safer neighborhoods.

**Key Performance Indicators**

- Number of community meeting and town hall participants who report attending a meeting for the first time
- Percent of community survey respondents who report the Department is transparent in its communication
- Number of youth participants in formalized Department community engagement activities
- Percent of action items agreed to by the Department implemented within 90 days of recommendations made by a Youth Advisory Council

DRAFT

**Strategies**

1.1.1 Establish a Community Communications Advisory Group to guide outreach efforts and promote engagement opportunities through non-traditional channels that welcome participation from all Philadelphia communities.

1.1.2 Formalize the Youth Advisory Council representing students and youth ranging from 14-21 citywide to meet regularly with Department leadership, provide policy feedback, and co-design youth-focused engagement activities and messaging.

1.1.3 Collaboratively evaluate Police Athletic League programming and pilot new youth engagement opportunities informed by the Youth Advisory Council.

1.1.4 Create a Police Auxiliary Program for community members to assist with responsiveness and non-enforcement functions, allowing sworn personnel to focus on priority incidents and community engagement.

### Objective Two: Build out the Community Partnerships Bureau to set standards for community engagement across all districts

**Why this matters**: Strong community partnerships are one of the most powerful tools a police department has to build trust, prevent harm, and respond effectively when challenges arise. Community policing works best when there is both room for local creativity and a shared foundation of standards and support. Today, approaches to community engagement can look very different from district to district – sometimes leading to innovative partnerships, and other times creating gaps or inconsistency in how residents experience the Department. The Community Partnerships Bureau can create a center of subject matter expertise capable of guiding, supporting, and strengthening engagement across the entire organization.

**Why these strategies**: These strategies were selected because they collectively establish the Community Partnerships Bureau's role in setting clear standards, strengthening district-level practice, creating regular structures for shared learning, and ensuring that community priorities continue to shape departmental direction. "For community policing to thrive…changes in organizational management, structure, and culture are necessary and inevitable."[3] This approach will provide every district with a thoughtful, consistent, and high-quality framework for relationship-building, problem-solving, and collaboration that can be tailored to communities' unique needs and assets.

**Key Performance Indicators**

- Percent of district-level community policing plans that reflect Department-wide goals and framework
- Number of direct engagement initiatives with community-based organizations in every district led by the Community Partnerships Bureau
- Percent of community survey respondents who report satisfaction with the Department's community engagement efforts

**Strategies**

1.2.1 Develop and implement a Department-wide community engagement framework, including a community policing directive, clear standard operating procedures, and ongoing district-level implementation support and guidance.

DRAFT

1.2.2 Lead direct engagement initiatives with community-based organizations in every district to assess local needs, resources, and engagement opportunities.

1.2.3 Convene quarterly Department-wide meetings with community policing teams to identify barriers, share learnings, and coordinate communication and engagement activities and resources across districts.

## Objective Three: Tell the Department's story through active communication of our innovative approaches, practices, and performance data

**Why this matters:** Public trust is shaped not only by what a police department does, but by how well it communicates what it does and why. Research consistently shows that transparency strengthens community confidence and reinforces perceptions of legitimacy.[4] When departments proactively communicate their work, they can recognize officers' contributions, demonstrate accountability for results, and provide accurate information.[5] Agencies that invest in strategic, sustained communication are better positioned to build public understanding, demonstrate accountability, and ensure that the story told about the Department reflects reality.

**Why these strategies:** These strategies were selected because effective communication requires sustained capacity, coordinated planning, compelling content, and transparent data. "To build trust, police organizations must be willing and able to provide accessible, accurate information about their activities and performance."[6] Together, these strategies create a comprehensive communications infrastructure that invests in personnel and planning, highlights the people and partnerships behind the work, and demonstrates accountability. By taking ownership of its narrative, the Department will build public understanding and reinforce the trust essential to effective community partnerships.

DRAFT

**Key Performance Indicators**

- Percent of community survey respondents who report a positive perception of the Department
- Percent change in engagement rate across the Department's official social media platforms
- Number of views on public facing dashboards and communication platform posts related to Community CompStat

**Strategies**

1.3.1 Restructure public affairs team to strengthen proactive communication, expand content creation, share events and updates, and improve responsiveness to community needs.

1.3.2 Develop and implement a strategic communications plan that reflects the Department's impact and aligns organizational strategy with consistent messaging, cohesive branding, and internal resources.

1.3.3 Share performance and outcome data through quarterly community CompStat meetings and publish dashboards and summaries across the Department's communication platforms to improve transparency and public understanding of results.

## Priority Area 2: Ensure Safe Neighborhoods

*Creating safer neighborhoods delivering high-quality, evidence-based police services to all communities.*

Ensuring safe neighborhoods remains the Department's most visible and foundational responsibility. The Department aims to set the standard for enforcement, emergency response, and crime prevention while meeting evolving community needs and expectations. Safety is about more than crime numbers. Community stakeholders shared their priorities: visible and approachable officers, timely responses, consistent follow-through, and care for the places where people live, work, and gather. They emphasized the importance of fair and equitable service in every neighborhood, alongside policing approaches that reflect local needs and strengths. This priority area builds on prior crime plans and reflects a shared commitment to public safety that is responsive, collaborative, and grounded in respect for all communities, with a focus on prevention, intervention, and enforcement.

### Objective One: Provide consistent, high-quality, constitutional, and responsive services to all communities to reduce violent and property crimes and quality of life crimes

**Why this matters:** The public's confidence in policing is built on the expectation that when they call for help, officers will respond promptly, professionally, and effectively. Community participants routinely shared that police services should be equitable across the city. Research demonstrates that timely police response not only affects outcomes during emergencies but also shapes residents' perceptions of the Department's commitment to their safety and well-being. Equally important is attention to quality-of-life concerns that, left unaddressed, erode residents' sense of security and can contribute to more serious crime over time.[7] Departments that deliver consistent, high-quality service across all neighborhoods – not just in response to violent crime, but to the full range of community concerns – demonstrate that every resident matters and that the Department can be trusted to show up when needed.

**Why these strategies:** Delivering consistent, responsive service requires both adequate capacity and smart resource allocation, assuring that the right personnel are available for the right tasks at the right time. Research on police workload and deployment consistently finds that strategic management of calls for service, combined with targeted deployment to high-need areas, improves both efficiency and outcomes.[8] "Effective resource deployment requires matching officer availability to community demand while preserving capacity for proactive work."[9] Together, these strategies expand the Department's capacity through staffing and volunteer support so that sworn officers can focus on priority incidents and community engagement. These strategies position the Department to meet the full range of community needs, from emergency response to neighborhood quality of life, with the consistency and professionalism residents expect.

**Key Performance Indicators**

- Number of violent and property crimes citywide, by district, and in the Kensington Initiative area
- Average response time to Priority 1 emergency calls citywide with reduced variation across districts
- Percent of quality-of-life complaints resolved or addressed within 48 hours of initial report
- Percent of eligible non-emergency calls resolved through alternative response pathways rather than immediate patrol dispatch

DRAFT

- Number of homicide, shooting, and traffic fatality cases cleared with digital and forensic evidence being the key evidence

**Strategies**

2.1.1 Establish designated Quality of Life Officers in every district to address neighborhood-specific concerns, build trust with the community, and improve public well-being.

2.1.2 Reinstate alternative responses to 911 that offer reporting options for non-violent crimes to increase timely service and free patrol resources for priority incidents.

2.1.3 Sustain and strengthen the targeted efforts of Operation Pinpoint by continuing data-informed deployment, monitoring outcomes, and maintaining flexibility to adapt strategies as crime patterns evolve.

2.1.4 Establish a cross-trained reserve officer program that enhances specialized capabilities and provides rapid-deployment to support emerging priorities.

2.1.5 Strengthen forensic capabilities through investments in staffing, technology, and the new Forensic Science Center to enhance analytical capacity, integrate forensic intelligence into investigations, and build trust with the community and criminal justice partners.

2.1.6 Sustain a coordinated, place-based public safety approach in Kensington that aligns enforcement, city services, and operational support to reduce harm, improve quality of life, and sustain patrol capacity.

DRAFT

### Objective Two: Build sustainable partnerships with City agencies, public safety organizations, health providers, and private sector partners to collaboratively address matters of safety, health, and quality of life

**Why this matters**: Public safety challenges rarely fall neatly within the boundaries of a single agency; it is a collective responsibility. Issues like violence, disorder, substance use, and neighborhood decline are shaped by factors that no police department can address alone. Research on collaborative governance consistently shows that when public safety agencies work in coordination with other city departments, health providers, and community partners, they achieve better outcomes than when operating in isolation.[10] A department that invests in strong, sustained partnerships signals that it understands the interconnected nature of safety and is committed to working alongside others to address root causes rather than just symptoms.

**Why these strategies**: These strategies were selected because meaningful collaboration requires intentional coordination, joint capacity-building, and shared accountability across organizational boundaries. Research on inter-agency policing partnerships finds that coordination is most effective when agencies engage in joint training, share data, and align deployment strategies around common goals.[11] This type of collaboration extends beyond working with public safety partners. In 2025, PPD saw a 10% reduction in retail thefts citywide by partnering with businesses and leveraging technology to share real-time information. "Partnerships that include regular communication, shared objectives, and coordinated operations produce measurable improvements in public safety outcomes."[12] By building coordination mechanisms with multiple partners, this approach ensures that the Department can leverage the expertise and resources of allied agencies and learn from successful efforts to deliver safer, healthier communities.

**Key Performance Indicators**

- Number of formal interagency coordination agreements, service level agreements, or memoranda of understanding established and actively maintained with City departments, health providers, business partners, and public safety partners
- Number of sworn personnel who complete joint training with partner agencies (SEPTA Transit Police, university police, allied law enforcement) annually
- Number of coordinated multi-agency operations, joint patrols, or collaborative enforcement activities conducted quarterly in transit corridors and campus-adjacent neighborhoods

**Strategies**

2.2.1 Collaborate with PhillyStat 360 other city departments to align and coordinate essential services that contribute to a comprehensive citywide safety infrastructure.

2.2.2 Enhance PPD and SEPTA coordination to increase data-driven foot patrols on the SEPTA system and joint training for a stronger, more visible transit safety presence.

2.2.3 Strengthen collaboration with university police by increasing joint training and deploying coordinated patrols to enhance safety in campus-adjacent communities.

2.2.4 Strengthen partnerships with businesses to address retail theft through real-time, technology-enabled communication.

## Objective Three: Assess and explore opportunities to expand collaborative law enforcement-led opportunities for diversion

**Why this matters:** Not every person who encounters the police belongs in the traditional criminal justice system. Research consistently demonstrates that diversion programs that redirect individuals toward treatment, services, and support rather than arrest and prosecution can reduce recidivism, improve individual outcomes, and generate significant cost savings for communities.[13] This is particularly true for youth, individuals experiencing behavioral health crises, and those struggling with substance use disorders, for whom traditional enforcement often fails to address underlying needs and can deepen harm.[14,15] Similarly, Departments that invest in diversion demonstrate a commitment to breaking cycles of re-offense and building pathways to stability.

**Why these strategies:** These strategies were selected because effective diversion requires a continuum of options tailored to different populations and needs. Research on diversion programs finds that the most successful models combine strong community partnerships, robust officer training, and ongoing evaluation to ensure programs reach the right individuals and deliver meaningful results.[16] Together, these strategies build that infrastructure. By creating multiple evidence-informed pathways and evaluating their effectiveness, this approach positions the Department as a leader in collaborative, outcome-focused public safety.

**Key Performance Indicators**

- Number of individuals diverted from traditional criminal justice processing through law enforcement-led programs (juvenile diversion, PAD, Wellness Court) annually
- Percent of diversion program participants successfully connected to community-based services, treatment providers, or supportive resources within 30 days of program entry



DRAFT

- Recidivism rate for diversion program participants compared to similar individuals processed through traditional criminal justice pathways before the diversion program implementation
- Percent of sworn personnel who complete diversion program training (PAD protocols, crisis intervention, youth engagement, de-escalation) annually

**Strategies**

2.3.1 Evaluate and expand juvenile diversion programming (including those utilizing the Juvenile Assessment Center) to scale effective models, increase access for vulnerable youth, and strengthen partnerships that connect young people to supportive services.

2.3.2 Partner with the School District of Philadelphia to advance policy recommendations that address the leading risk factors for student gun violence.

2.3.3 Evaluate and enhance the Police Assisted Diversion (PAD) program and Crisis Intervention Response Team co-responder model to improve officer training and strengthen partnerships to expand access for adults with behavioral-health needs.

2.3.4 Collaborate with the Office of Public Safety and its Wellness Court to accelerate linkages to healthcare, treatment, and housing for individuals with substance use disorder needs.

DRAFT

## Priority Area 3: Invest in the Workforce

*Empowering employees with the tools, training, and support needed for long-term success.*

Investing in the workforce is essential to sustaining public trust, delivering high-quality service, and supporting the people who serve the community every day. Effective leadership and strong supervision play a critical role in retention, morale, and the culture of the Department. Well-trained managers who set clear expectations, provide meaningful feedback, and support employee development help create environments where staff feel valued, prepared, and accountable. Both staff and community stakeholders noted the importance of addressing burnout and strengthening leadership capacity to support employee well-being and quality of service. This priority area reflects a commitment to developing employees at every stage of their careers, prioritizing professional growth, and making sure the Department's workforce reflects and understands the communities it serves so employees are prepared, supported, and positioned for long-term success.

### Objective One: Develop clear career pathways and succession preparation to allow all employees to develop and grow

**Why this matters:** A police department's long-term effectiveness depends on its ability to develop talent from within and prepare the next generation of leaders before transitions occur. Research on law enforcement workforce development shows that agencies with intentional career pathways and succession planning experience stronger retention, smoother leadership transitions, and a more capable, motivated workforce.[17] Without clear opportunities for growth, employees may disengage or seek advancement elsewhere. Succession planning is a long-term investment in the agency's future that requires deliberate preparation and a commitment to identifying and cultivating leadership potential at every level.[18] Departments that create visible pathways for professional growth signal to employees that their contributions are valued and that the organization is invested in their success, strengthening both individual performance and organizational resilience.

DRAFT

**Why these strategies:** These strategies were selected because meaningful career development requires a deliberate structure that encourages preparation and consistent feedback and incorporates learning and mentorship into daily operations. Research on police workforce development emphasizes that mentoring programs, when institutionalized rather than left to chance, accelerate skill-building, improve retention, and strengthen organizational culture.[19] These strategies create intentional rather than reactive leadership transitions, set clear performance expectations and provide employees with the guidance and mentorship they need to grow and be successful. By combining succession planning, formalized mentorship, and peer support, this approach ensures that every employee has the opportunity to develop, advance, and contribute to the Department's long-term success.

**Key Performance Indicators**

- Percent of critical leadership promotee (captain and above) survey respondents who report positive perceptions of succession plans and onboarding training
- Percent of annual employee survey respondents who report that they are aware of career advancement opportunities.

- Number of sworn officers designated as Master Police Officers providing mentorship and training within Patrol Operations
- Employee retention rates for personnel with 2-7 years of service, disaggregated by sworn and professional staff

**Strategies**

3.1.1 Incorporate proactive onboarding and succession planning that includes defined shadowing periods, structured handoff processes, and preparation for internal promotions and staff assignment.

3.1.2 Formalize peer support and mentorship programs to support onboarding following Academy graduation, strengthen retention, and accelerate learning.

3.1.3 Create a civil service Master Police Officer position to provide advanced training, mentorship, and guidance to officers within Patrol Operations and foster a culture of continuous learning and professional growth.

3.1.4 Establish clear career development pathways for professional employees aligned to training that builds skills and readiness.

### Objective Two: Develop hands-on and role-specific training to employees that enhances skills, leadership development, and cultural awareness

**Why this matters:** Training is the primary way a police department shapes how officers think, act, and engage with the communities they serve. Research on police training effectiveness demonstrates that programs emphasizing hands-on, scenario-based learning produce officers who are better prepared to navigate complex, real-world situations with sound judgment and skill.[20] Employee training should evolve with professional standards and community expectations to provide all employees with the necessary knowledge, skills, and cultural awareness. Equally important is leadership development for first-line supervisors who set expectations for their teams.[21]

**Why these strategies:** These strategies were selected because effective training requires more than quality curriculum; it must be easily accessible, reflect community expertise, and offer accountability for outcomes. Research on police training consistently finds that barriers to participation, fragmented tracking systems, and a lack of evaluation undermine even well-designed programs.[22] Together, these strategies strengthen the Department's training ecosystem by making professional development more accessible, relevant, and effective across roles and career stages. They reduce barriers to participation and ground training in real-world practice and scenario-based instruction. By building an integrated system, this approach positions training as a strategic asset rather than an administrative requirement.

**Key Performance Indicators**

- Percent of first-line supervisors (sergeants, corporals, and professional staff supervisors) who complete Leadership Academy or supervisor-specific training within 12 months of promotion or assignment
- Number of training sessions delivered in partnership with community-based organizations on cultural competencies, trauma-informed practices, and community engagement topics annually
- Percent of surveyed employees who report confidence in the preparation offered through Department trainings

DRAFT

- Percent of training programs evaluated for effectiveness within last three years using a standardized program evaluation framework, with documented feedback mechanisms and evidence of continuous improvement actions implemented

**Strategies**

3.2.1 Implement a Learning Management System (LMS) that creates manager visibility into career development progression, opportunities, and training history.

3.2.2 Partner with community organizations to identify differentiated training topics including cultural competencies and trauma-informed policing and prioritize participation within districts and patrol officers.

3.2.3 Develop a Leadership Academy for Command Staff and first-line supervisor training for sworn and professional personnel grounded in modern leadership principles and communication skills.

3.2.4 Provide procedural justice and communication training that improves customer service by equipping officers and professional personnel to engage effectively and respectfully with the public.

3.2.5 Expand and sustain master's level development training to officers through partnerships with local universities and philanthropic partners to support leadership development and organizational transformation.

3.2.6 Evaluate and redesign training curriculum and schedule to expand hands-on, scenario-based learning, grounded in foundational theory and aligned with staff development.

DRAFT

## Objective Three: Expand recruitment efforts to advance a diverse workforce that reflects the community we serve

**Why this matters:** A police department's ability to serve its community effectively depends in part on having a workforce that reflects the diversity of the city it protects. Research consistently shows that diverse police agencies benefit from broader perspectives, enhanced problem-solving, and stronger community relationships, particularly in neighborhoods where historical tensions between residents and police may exist.[23] Beyond representation, a workforce that mirrors the community can improve communication, build trust, and reduce perceptions of bias.[24] The Department has demonstrated progress in this area: in 2025, 20% of employees are women and 30% of Black officers comprise the PPD compared to 13% respectively for police departments nationally. However, recruiting a diverse, qualified workforce has become increasingly challenging for law enforcement agencies nationwide. Departments that invest in strategic, relationship-based recruitment position themselves to attract the talent needed to meet both current demands and future challenges.

**Why these strategies:** These strategies were selected because effective recruitment requires sustained relationship-building, streamlined processes, and multiple pathways into the profession. Research on police recruitment emphasizes that agencies achieve greater workforce diversity by building long-term partnerships with community organizations, schools, and youth programs that cultivate interest in policing careers well before candidates reach application age.[25] Together, these strategies strengthen the Department's ability to attract and retain a diverse, qualified workforce. By combining process improvement, community partnerships, youth pipelines, and strategic workforce planning, the Department can compete for talent and build a workforce that reflects and understands the communities it serves.

**Key Performance Indicators**

- Average time-to-hire (in days) from application submission to final offer for sworn and professional positions
- Number of active recruitment partnerships with community organizations, schools, workforce development programs, and universities that generate candidate referrals annually
- Percent of sworn and professional workforce demographics (race, ethnicity, gender) that align with Philadelphia's population demographics
- Percent of sworn and professional workforce applicants who previously participated in the Police Explorer program and internship programs

**Strategies**

3.3.1 Improve the candidate experience by streamlining the recruitment, hiring, and onboarding process and include service level agreements with external partners at each phase.

3.3.2 Cultivate partnerships with community organizations, schools, and Pennsylvania workforce programs to broaden outreach and diversify applicant pools for all employees.

3.3.3 Evaluate and expand youth engagement activities to provide a pipeline for future recruitment.

3.3.4 Expand and formalize an internship program with local universities to recruit emerging professionals into sworn and professional roles.

3.3.5 Proactively recruit specialized administrative and technical positions to increase organizational expertise.

DRAFT

## Priority Area 4: Promote a Collaborative and Supportive Internal Culture

*Fostering a workplace where all employees feel informed, respected, and connected.*

Promoting a collaborative and supportive internal culture that prioritizes employee wellness is essential to the Department's ability to serve the public effectively and fairly. Employees consistently shared that trust, transparency, and clear communication within the organization directly influence morale, accountability, and how staff show up for the community. This priority area reflects a commitment to fostering a workplace where sworn and professional employees are supported, informed, and connected, and where expertise is valued, expectations are transparent, and collaboration is encouraged. Strengthening internal trust and communication supports a more unified Department, better equipped to support its workforce and deliver consistent, high-quality service to the public.

### Objective One: Implement a culture of wellness and greater access to tailored wellness programs and resources for employees

**Why this matters:** Policing is among the most demanding professions that takes a cumulative toll on mental and physical health. Research consistently links these occupational stressors to elevated rates of depression, anxiety, post-traumatic stress, and burnout among law enforcement personnel. These conditions affect individual well-being, job performance, decision-making, and community interactions.[26] Departments that fail to address workforce wellness risk higher turnover, increased absenteeism, and diminished service quality.[27] Conversely, agencies that prioritize employee well-being demonstrate that they value their people, not just as workers, but as whole individuals deserving of care and support.[28] A genuine culture of wellness that provides accessible, tailored resources strengthens the workforce, improves retention, and ultimately enhances the Department's ability to serve the community effectively.

**Why these strategies:** These strategies were selected because fostering a culture of wellness requires early identification, accessible resources, and sustained organizational commitment. Research on police wellness has shown that early intervention systems, when implemented with a supportive rather than punitive orientation, can identify officers who may benefit from assistance before stress manifests as misconduct or crisis.[29] Further, employee diversion programs offer support and early intervention to change behavior before it leads to dismissal. These strategies will provide the Department with data to identify employees who may need support and make timely, high-quality resources available around the realities of shift work. By combining early identification, accessible programming, supportive messaging, and critical-incident response, this approach embeds wellness into the fabric of the Department rather than treating it as an afterthought.

**Key Performance Indicators**

- Percent of employees identified by the Early Intervention System (EIS) who receive proactive outreach and support services within 30 days of identification
- Percent of employee survey respondents who report their awareness of what is offered through Employee Assistance Program (EAP)
- Percent of employees participating in the internal employee diversion program who are reported for disciplinary action within 12 months of program completion



DRAFT

- Percent of surveyed employees that report satisfaction with onboarding process and peer support post-Academy
- Percent of surveyed employees that report they believe the Department is moving in a positive direction in its support of employees
- Percent of employees involved in critical incidents (officer-involved shootings, serious injuries, traumatic events) who utilize the post-critical-incident decompression protocol within 72 hours

**Strategies**

4.1.1 Expand Department's pilot Early Intervention System (EIS) to monitor key indicators and identify employees for proactive wellness and performance support.

4.1.2 Utilize an internal employee diversion program to support professional growth, reduce disciplinary impacts through corrective development opportunities, and foster a culture of accountability and continuous improvement.

4.1.3 Evaluate and enhance Employee Assistance Program (EAP) and peer support wellness program to improve access, quality, and alignment with workforce needs across shifts and assignments.

4.1.4 Promote employee wellness by simplifying access to services and ensuring regular messaging about wellness tools, expectations, and benefits at every level of the Department.

4.1.5 Create a post-critical-incident decompression protocol with access to mental health support.

### Objective Two: Strengthen trust, communication, and collaboration among all our employees

**Why this matters:** A department's ability to serve the public effectively is shaped by the strength of its internal culture. Research on police organizations consistently finds that agencies with high levels of internal trust and open communication experience better morale, stronger retention, and more consistent service delivery.[30] When employees feel informed, heard, and valued, they are more likely to engage fully in their work and support organizational goals. Building a culture of trust and collaboration requires intentional effort. Rather than relying on informal channels, effective departments create formal structures to ensure that information flows consistently and that employees at all levels have opportunities to contribute to organizational learning and improvement.[31]

**Why these strategies:** These strategies recognize that trust and collaboration are built through consistent communication, shared learning, and visible recognition of employee contributions. By strengthening how information flows across the organization and elevating promising practices, the Department reinforces a culture where employees feel informed, valued, and connected. Additionally, research on organizational learning in policing emphasizes that agencies improve most effectively when they create formal mechanisms for non-punitive review of critical incidents and system-level reflection.[32] Together, this approach supports a more cohesive internal environment, one that encourages accountability, continuous improvement, and collaboration across roles, units, and assignments.

**Key Performance Indicators**

- Percent of surveyed employees who report positive sentiments about the Department's credibility, consistency, and usefulness of messaging.
- Percent of identifiable corrective actions (following an after-action event review) that are assigned to a responsible individual and implementation timeline within 60 days



DRAFT

- Percent of formal employee recognition actions that explicitly reflect collaboration, innovation, or cross-unit problem-solving

**Strategies**

4.2.1 Assess and streamline internal communication protocols and implement a standard to ensure timely, consistent information for all staff.

4.2.2 Formalize an after-action event review process that brings together stakeholders following a critical incident for non-punitive learning and system-level improvement.

4.2.3 Establish a process to document and share promising practices with the Executive Team, scale effective innovations, and recognize employee contributions.

### Objective Three: Use transparent methods to communicate with employees and define expectations and responsibilities for all positions

**Why this matters:** Employees perform best when they understand what is expected of them and how their work contributes to the organization's mission and vision. Research on organizational effectiveness consistently demonstrates that role clarity reduces confusion, improves job satisfaction, and strengthens overall performance.[33] In police organizations where personnel operate across diverse units, shifts, and assignments, ambiguity about duties and expectations can lead to inconsistent practices, frustration, and diminished accountability. When employees are unclear about their responsibilities or how their performance will be evaluated, engagement suffers, and commitment to the organization weakens.[34] Transparent communication about roles, expectations, and standards signals respect for employees and provides the foundation for fair, consistent supervision across the Department.

DRAFT

**Why these strategies:** The Department can provide employees with clear expectations of performance and responsibilities by documenting standards and facilitating peer-to-peer learning. Research on police management emphasizes that clearly articulated job responsibilities and performance criteria support both individual development and organizational consistency.[35] These strategies will define duties and measurements of success for all sworn and professional employees while connecting their responsibilities to the Department's operational priorities. Further, providing a forum for Department leadership to learn from one another will create greater consistency across districts and Department units while promoting innovative ideas. This approach builds a culture in which expectations are clear, accountability is fair, and employees can succeed.

**Key Performance Indicators**

- Percent of selected sworn and professional positions with a role-specific job description and defined performance expectations
- Percent of surveyed employees reporting clear understanding of duties and performance expectations
- Percent of commanding officers that participate in at least two formal peer-to-peer exchanges per year

**Strategies**

4.3.1 Develop role-specific job descriptions with clear, streamlined duties and performance expectations.

4.3.2 Define criteria for each specialized unit position to align performance with operational needs and goals.

4.3.3 Develop a standard operating procedure to formalize regular meetings among district and unit commanding officers to facilitate peer-to-peer exchanges and align expectations for management.

DRAFT

## Priority Area 5: Foster Organizational Excellence and Innovation

*Building a high-performing organization grounded in data, innovation, and continuous improvement.*

The Department must continuously pursue organizational excellence and innovation to serve the public and its employees reliably, fairly, and over the long term. Community members and employees alike emphasized the importance of strong systems, clear processes, and continuity during transitions to support timely, consistent services and effective problem-solving. There is also a shared expectation that the Department leverage data, technology, and evidence-based practices in a transparent and responsible manner to guide decisions, optimize the use of public resources, and respond to evolving community needs. This priority area focuses on building strong internal infrastructure and institutional knowledge that enables continuity, learning, and continuous improvement so the Department can deliver consistent service today while remaining prepared for the challenges and expectations of the future.

### Objective One: Develop meaningful performance metrics to inform decision-making and measure progress toward operational and organizational goals

**Why this matters:** What gets measured shapes what gets prioritized. Police departments that rely solely on traditional crime statistics risk overlooking the broader dimensions of effective policing, such as community trust, officer well-being and development, service quality, and organizational health. Research on police performance measurement consistently demonstrates that agencies using comprehensive, multi-dimensional metrics are better positioned to allocate resources strategically, identify emerging problems, and demonstrate accountability to the public.[36] Modern performance management extends beyond counting arrests and response times to include indicators that reflect what communities value: safety, fairness, responsiveness, and quality of life.[37] A department that invests in meaningful performance metrics creates the foundation for evidence-based decision-making that strengthens both operational effectiveness and public trust.

**Why these strategies:** These strategies were selected because meaningful performance measurement requires better metrics, governance structures, analytical capacity, and feedback mechanisms to turn data into action. Research on CompStat and its evolution emphasizes that performance management systems are most effective when they expand beyond crime statistics to encompass quality-of-life concerns, community input, and organizational health indicators.[38] Together, these strategies build a comprehensive performance infrastructure that aligns fiscal decisions with strategic priorities and outcome data and provides accountability beyond internal measurement. By combining governance, expanded metrics, community voice, and strategic resource analysis, this approach ensures that performance measurement drives continuous improvement across all dimensions of the Department's work.

**Key Performance Indicators**

- Percent of Department initiatives, strategies, and programs that have trackable outcome measures
- Percent of Department applications that are integrated with a centralized Identity Access Management that allows for single sign-on
- Number of non-traditional metrics that are included in standardized CompStat reports

DRAFT

- Percent of community survey respondents who report satisfaction with the Department's transparency with data

**Strategies**

5.1.1 Adopt an evidence-based budgeting for outcomes framework and build internal capacity to strengthen fiscal planning.

5.1.2 Create an internal Data Governance Committee to develop relevant policies, assess data needs, and implement a phased approach to expand data access and integration.

5.1.3 Implement CompStat 2.0 to expand the traditional model beyond crime statistics to include quality-of-life and employee development metrics aligned with strategic goals.

5.1.4 Launch a community sentiment survey to measure community priorities and trust and use the results to drive year-over-year improvements in departmental performance and responsiveness.

### Objective Two: Implement a staff transition process that preserves knowledge and community relationships and provides continuity of service

**Why this matters**: Smooth staff transitions are essential for maintaining strong community relationships and consistent service. When officers or district leaders change roles, valuable knowledge about neighborhood dynamics, ongoing issues, and trusted partnerships can be preserved with standard policies and processes. Organizational research emphasizes that knowledge management is critical in policing and that, without structured handoffs, relationships between commanders and residents are strained, and the time required to rebuild them is considerable. Departments that invest in clear transition processes are better able to preserve relationships and partnerships, maintain continuity of service, and support new staff.

**Why these strategies**: Together, these three strategies ensure that relationship-building and community problem-solving do not depend on individual memory or personality but become part of the Department's shared infrastructure. These strategies work together to ensure that relationships and critical knowledge persist when people change roles. By building a community stakeholder database (a best practice of community policing),[39] strengthening how knowledge is captured, standardizing how transitions occur, and communicating openly with the public, the Department can maintain trust, continuity, and reliable service for the community, even as personnel change.

**Key Performance Indicators**

- Percent of districts that actively access and update a community stakeholder database
- Percent of districts and specialty units that review and update command staff transition SOP annually
- Percent of community survey respondents who report satisfaction with district-level communication

**Strategies**

5.2.1 Strengthen knowledge management by developing sustainable, district-specific directories that catalog community-based services and partnerships and provide a single platform to capture interactions, next steps, and engagement activities.

5.2.2 Implement staff transitions with a standard operating procedure that provides continuity and clear communication for staff and the community.

DRAFT

5.2.3 Establish a consistent forum and timeline to communicate district leadership changes to the public.

### Objective Three: Institutionalize operational and funding practices and innovations by creating and documenting key processes using Department-wide standards

**Why this matters**: Clear, documented processes and consistent implementation promote both the Department's effectiveness and the community's trust and they create a foundation for learning across the organization. When promising practices and innovations are captured and shared, progress and impact increase as each district or bureau benefits from practices across the Department. Staff shared that they would like a consistent way to learn what is working elsewhere in the Department. Institutionalizing and updating key processes ensures that successful approaches can be shared, scaled, and sustained over time, strengthening service delivery and supporting staff.

**Why these strategies**: These strategies were selected because they turn improvement into a shared, repeatable practice across the Department rather than a series of isolated efforts. Guided by an implementation science approach, the Department will focus not only on adopting new policies or tools, but on deploying them with clear roles, training, feedback mechanisms, and performance monitoring to support consistent use over time. Directives and SOPs should be regularly updated to reflect evolving best practices, use of technology, and legislation in order to be operationally useful.[40] Strengthening project-management capacity helps command staff move strategies from idea to implementation with defined milestones, accountability, and course correction, which is essential to the success of this strategic plan. In parallel, a focused grant strategy that aligns priorities to external funding will ensure this plan is sustainable. Together these strategies create the systems, skills, and resources needed to institutionalize good practice, scale what works, and ensure the Department can consistently deliver on priorities.

**Key Performance Indicators**

- Percent of directives and SOPs reviewed annually on a rolling basis
- Percent of command staff and executive staff to complete project management training
- Number and amount of new grants secured that are tied to the strategic plan

**Strategies**

5.3.1 Implement an annual review cycle to modernize directives and SOPs, standardize requirements Department-wide, and document approved unit-level variations to maintain transparency and compliance.

5.3.2 Provide project management and implementation science training to command and executive staff to enhance strategy execution and organizational effectiveness.

5.3.3 Develop a coordinated approach to identify external funding opportunities, prepare competitive grant applications, and secure resources that directly advance Department priorities.

### Objective Four: Replace outdated technology and software systems and facilitate the transition from paper-based to digital workflows to improve service delivery

**Why this matters**: Modernizing the Department's technology environment represents a significant opportunity to strengthen operations, support officers, and enhance service to the community. Moving from paper-based and fragmented systems to integrated, digital platforms enable timely access to critical information, improves

DRAFT

coordination, and supports more informed decision-making. Modern tools reduce administrative burdens, increase consistency and transparency, and allow personnel to focus more time on public safety and problem-solving. Investing in updated technology positions the Department to meet evolving operational, legal, and community expectations while building a foundation that is scalable, resilient, and aligned with best practices in modern policing.

**Why these strategies**: These strategies were selected because successful technology modernization requires more than new tools; it requires coordinated systems, clear planning, and staff readiness. Policing agencies report that an electronic records management system has the greatest impact on agencies nationwide.[41] An investment in technology, new software platforms, and employee training will allow the Department to implement the strategies in this plan effectively, and a long-term technology roadmap will ensure the Department's investments are strategic and sustainable. Together, these strategies support a practical, responsible transition from paper-based operations to modern, service-driven digital workflows.

**Key Performance Indicators**

- Percent of core identified administrative and operational workflows that are fully digital
- Number of digital training lessons on Department technology and systems
- Number of eligible low-level 911 calls handled through AI-assisted technology

**Strategies**

5.4.1 Develop a capital and technology roadmap to prioritize funding, adoption, and sustainable use of modern systems, including online reporting, digital workflows, and electronic records management.

5.4.2 Train staff on Department technology and systems through live sessions, office hours, and on-demand, digital lessons.

5.4.3 Implement AI-assisted technology, with appropriate safeguards, to expedite the report taking process and improve customer service.

DRAFT

## IMPLEMENTATION AND MONITORING

The Philadelphia Police Department's Five-Year Strategic Plan is designed to reduce crime, strengthen community partnerships, and transform how the Department serves all communities in Philadelphia. This multi-year plan provides the public and Department employees with a clear roadmap for action. The Department will use a consistent, evidence-based implementation framework to put this plan into action, monitor progress, and implement the included strategies with fidelity.

Implementation will focus on integrating new policies, processes, and procedures into daily operations. Some strategies will begin in 2026, while others will require additional time to plan, resource, and build necessary infrastructure. The Department will prioritize the most critical strategies while maintaining flexibility to respond to changing conditions and emerging needs.

Throughout implementation, the Department will uphold the Guiding Principles established at the outset of this process, with a focus on building organizational capacity, maintaining transparency and accountability, and following evidence and data to drive continuous improvement.

### Implementation and Capacity Building

Successful implementation requires the capacity, discipline, and consistency to execute them well. The Department will use a standardized, evidence-based implementation approach across all strategies in this plan. Informed by implementation science, each strategy will move through four phases between Fiscal Year 2027 and Fiscal Year 2032:

- **Implementation Planning**: Cross-functional teams develop detailed plans that define leadership, roles, timelines, required resources, performance measures, and anticipated implementation challenges.
- **Initial Implementation**: Strategies are launched, early results are assessed, and implementation is refined based on data and operational feedback.
- **Full Implementation**: Strategies are implemented at scale with the staffing, training, systems, and leadership supports necessary for consistent execution citywide.
- **Sustained Implementation**: The Department monitors outcomes and implementation quality over time, making continuous improvements to ensure long-term effectiveness and durability.

The Department will build the organizational capacity necessary to implement strategies with fidelity by developing high-quality implementation plans, consistently monitoring progress, identifying challenges early, and making data-informed adjustments over time.

### Transparency and Accountability

Accountability to the public is central to this strategic plan. Each strategy was selected based on evidence demonstrating positive outcomes and the potential for measurable improvement. Over the next five years, the Department will regularly share progress, challenges, and results. Key Performance Indicators (KPIs) have been established for each objective to track progress, and CompStat 2.0 will expand public access to data beyond traditional crime statistics, strengthening transparency and trust.

DRAFT

### Follow Evidence and Data

This plan is designed to be a living document. To ensure it remains responsive and effective, the Department will conduct an annual Strategic Plan refresh that uses data, performance results, and community input to assess progress and identify needed adjustments. Civic and community leaders and members will be engaged in this process to help ensure the plan continues to reflect evolving needs and expectations. Any updates will be publicly posted on the Department's website.

DRAFT

## PARTICIPANTS

The Philadelphia Police Department thanks the Civic Coalition to Save Lives and the Philadelphia Police Foundation for their support and collaboration in developing this strategic plan.

### Leadership Team

Kevin J. Bethel, Commissioner
Michael P. Cram, PhD, Deputy Commissioner, Patrol Operations
Krista Dahl-Campbell, Deputy Commissioner, Organizational Services
Joel Dales, Deputy Commissioner, Office of Professional Responsibility
Michael Garvey, PhD, Executive Director, Forensic Sciences
Adam Geer, Chief Director of Public Safety
Ayanna Green, Executive Director, Community Advocacy and Engagement
Francis Healy, Deputy Commissioner, Chief of Staff and Legal Affairs
David Irizarry, Director, Gang Reduction and Youth Development
James J. Kelly III, Deputy Commissioner, Special Operations
Myesha Massey, Deputy Commissioner, Community Partnerships
Pedro Rosario, Deputy Commissioner, Kensington Initiative
Carla Showell-Lee, Executive Director, Organizational Communications
John Stanford, First Deputy Commissioner, Field Operations
Kevin Thomas, Executive Director, Office of Data, Analytics and Technology
Frank Vanore, Deputy Commissioner, Investigations
David Zega, Executive Director, Strategic Planning

DRAFT

### Steering Committee

Andrew Best, DPA, PPD Director, Health & Wellness
Deshawn Beaufort, PPD Inspector, Detective Bureau
Kristin Bray, Chief Legal Counsel to the Mayor, Director of PhillyStat 360
Joseph Busa, PPD Captain, Southwest Detective Division
James Ferguson, PPD Administrative Lieutenant, Commissioner's Office
Chris Flacco, PPD Chief Inspector, Standards & Accountability
Deborah Francis, PPD Chief Inspector, Communications Bureau
Ryan Gallagher, PPD Assistant Director, Office of Forensic Science
Kelley Gallagher, PPD Detective
Matthew Gillespie, PPD Chief Inspector, Training & Educational Services
John Grasso, PPD Director, Office of Analytics and Intelligence
Jazmine Grey, PPD Police Officer
Eric Gripp, PPD Sergeant, Public Information Officer, Public Affairs
Joshu Harris, OPS Deputy Public Safety Director for Strategy
Carl Holmes, PPD Chief Inspector, Support Services
Stacy Irving, PPD Senior Advisor, Homeland Security Programs and Strategic Partnerships

Matthew James, PPD Staff Inspector, Audits & Inspections
Eric Kelly, PPD Police Officer
Fran Kelly, PPD Lieutenant
George Kikuchi, PhD, PPD Director of Research and Analytics
Anthony Krebs, PPD Detective
Charles Layton, PPD Chief Inspector, Detective Bureau
Evangelia Manos, OPS First Deputy Chief Safety Officer
Benita Marable, Police Communications Dispatcher, Radio
Heather McCaffrey, PPD Director of Personnel
Khoi Nguyen, PPD Corporal
William Phillips, PPD Sergeant
Nicholas Polini, PPD Corporal
John Przepiorka, PPD Chief Inspector, Tactical Support
Tamyra Ramsey, PPD Director, Office of Diversity, Equity, and Inclusion
Shondell Revell, OPS Executive Director, Office of Safe Neighborhoods
Kelly Robbins, PPD Captain, 1st Police District
Dan Rothman, OIT Deputy Chief Information Officer for Public Safety
Winton Singletary, PPD Chief Inspector, Special Events Planning
Nick Smith, PPD Chief Inspector, Regional Operations Command – South
Stacie Smith, PPD Lieutenant
G. Lamar Stewart, DAO Chief, Community Engagement
Laverne Vann, PPD Staff Inspector, Delaware Valley Intelligence Center
Erica Vanstone, PAL Executive Director
Michael Vidro, PPD Director, Technology Programs
Christopher Werner, PPD Chief Inspector, Detective Bureau
Maggie White, First Deputy Director, PhillyStat 360
Krzysztof Wrzesinski, PPD Sergeant

DRAFT

## Civic Leaders Advisory Group

Keith Bethel, Assistant Pastor, Christian Stronghold Church
Theresa Brabson, Executive Director, Legal Clinic for the Disabled
Donna Bullock, Present/Chief Executive Officer, Project Home
Reverend Luis Cortés, Jr., Founder/Chief Executive Officer, Esperanza
Edwin Desamour, Executive Director, The Lighthouse
Jannette Diaz, Chief Executive Officer, Congreso
Rickey Duncan, Executive Director and Founder, NoMo
Bishop Louis Felton, Senior Pastor, Church of God
Shanée Garner, Executive Director, Lift Every Voice Philly
Jeanine M. Glasgow, Executive Director, Juvenile Justice Center of Philadelphia
Kenyatta Johnson, Council President, Philadelphia City Council
Dorothy Johnson-Speight, EdD, Founder, Mothers in Charge
Curtis Jones, Jr., Member and Chair for Public Safety, Philadelphia City Council

Annie Karlen, Co-Chair, Philadelphia Coalition for Victim Advocacy
Chantay Love, President, Every Murder is Real
John MacDonald, PhD, Professor of Criminology & Sociology, University of Pennsylvania
David Malloy, Executive Director of Mobile Services, Merakey Parkside Recovery
Sharmain Matlock Turner, Chief Executive Officer, Urban Affairs Coalition
Natasha Danielá de Lima McGlynn, Executive Director, Anti-Violence Partnership of Philadelphia
Rodney Muhammad, Imam, Majlis Ash Shura
Drew Murray, Chairperson, Crosstown Coalition/Logan Square Neighborhood Association
Caterina Roman, PhD, Professor of Criminal Justice, Temple University
Ron Toles, Founder and Executive Director, Ordinarie Heroes
LaTrista Webb, Director, Founder/Executive Director, The Elevation Project

## Business Leader Advisory Group

Khine Arthur, President/ Chief Executive Officer, Asian American Chamber of Commerce of Greater Philadelphia
Matt Bergheiser, President, University City District
Chellie Cameron, President/Chief Executive Officer, The Chamber of Commerce of Greater Philadelphia
William Carey, President, South Philadelphia Business Assoc.
John Chin, Executive Director, Philadelphia Chinatown Development Corporation
Marc Collazzo, Executive Director, Fishtown Kensington Area Business Improvement District
Philip Dawson, Executive Director, Mount Air CDC
Stephen Fera, Executive Vice President of Public Affairs & President of Government Markets, IBC Foundation
Prema Katari Gupta, President/Chief Executive Officer, Center City District
Regina A. Hairston, President/Chief Executive Officer, African American Chamber of Commerce
Mike Innocenzo, Executive Vice President and Chief Operating Office, Exelon
Sue Jacobson, President, Jacobson Strategic
Shawn Jalosinski, Chief Executive Officer, Sports Complex Special Services District
Jabari Jones, President, West Philadelphia Corridor Collaborative
Bill McKinney, PhD, Executive Director, New Kensington CDC
Susan Noh, Board Secretary, Korean American Chamber of Commerce of Greater Philadelphia
Bret Perkins, Senior Vice President, External and Government, Comcast
Amelia Price, Corridor Manager, Germantown & Erie Corridor
Ron Rabena, Chief Client Officer, Allied Universal Security
Janis Risch, Executive Director, Mt. Airy Business Improvement District
Jennifer Rodriguez, President/Chief Executive Officer, Greater Philadelphia Hispanic Chamber of Commerce
Jerry Sweeney, General Manager, Brandywine Realty Trust

## Community Leader and Advocate Advisory Group

Jamie Angelo, 9th District PDAC, Community & Business Association
Hubert Barnes, Pastor, Tacony Baptist Church
Ruth Birchett, 22nd District Resident
Shariff Blackwell, Community Advocate
Kristin Blaser, Property Manager, Northeast Shopping Center

DRAFT

Chinita Bradshaw, 25th District Resident
Barbara Capozzi, 1st District Resident, Friends of FDR Park
Moses Cotton, 17th District PDAC Chaplain, Town Watch
Priscilla Durham, 39th District Resident, Block Captain
Darlene Eddy, 22nd District Resident
Shannon Farrell, 24th District PDAC, Harrowgate Civic Association
Karen Mack Johnson, 35th District PDAC President, Ward Leader
Pamela Johnson, 39th District Resident
Pastor Jack Kennedy, President, 5th District Chaplaincy
Michael MacArthur, 17th District PDAC Member
Omar Muse, Program Manager, Eddies House
Michael Myers, 7th District PDAC Chairperson
Douglas Nesmith, 3rd District Resident
Sam Samuels, 16th District PDAC, Mantua Civic Association

## Youth Advisory Group

To protect youth participants' privacy, individual names are not identified in this publication. All youth and their families were informed of media and publication requirements, and participation details are shared only in aggregate.

The Youth Advisory Group brought together young people from across Philadelphia, including North, Northwest, West, South, Southwest, and Northeast Philadelphia (see map of zip codes to the right).




Youth participants ranged in age from 14 to 21, reflecting voices at different developmental stages and creating space for varied perspectives on safety, community trust, and youth-police engagement. This level of engagement demonstrates sustained interest, trust, and willingness among youth to contribute their lived experiences and insights to public safety conversations.

DRAFT

## Sworn Employee Advisory Group

Antonio Bennett, Lieutenant
Benjamin Cespedes, Sergeant
Janel Craig, Detective
Norbert Eichler, Police Officer
Chris Fuentez, Police Officer
Joseph Guinan, Police Officer
Maurice James, Sergeant
Sharon Johnston, Corporal
Toni Madgey, Police Officer
Kenneth Maminski, Detective
Daniel Monacelli, Corporal
Kathleen Momme, Lieutenant
Norma Newman, Corporal
Andrew Power, Sergeant
Gregorio Santana, Police Officer
Shannon Stiess, Corporal
Jaw Wang, Detective
Tierre Welton, Police Officer
Jonathan Wong, Sergeant

## Professional Employee Advisory Group

LaSaundra Abrams, Administrative Services Supervisor
Sabrina Bamberski-DeJesus, Supervisor, Record and Identification
Yvonne Banks, Executive Assistant, Personnel
Robin Baysmore, Office of Advocacy & Engagement, Public Safety Social Work Counselor
Sean Boyle, EIS, Research & Information Analyst
Michelle Clark, Dispatch
Ed Dugan, Forensic Lab Manager, Office of Forensic Sciences
Bridget Eatmon, PhD, Victim Advocate Supervisor
Ron Gray, Police Photographer, Audio Visual Unit
Joann Hand, Office Clerk II, Reports Control
Veneita Harris, Clerical Supervisor, Record and Identification
Venise Hollis, Forensic Science Tech, Office of Forensic Science
Ann Marie Kelly, Forensic Laboratory Supervisor, Firearms Identification Unit, Office of Forensic Science
Cynthia Leon, 25th District Captain's Clerk
Erin O'Donnell, Public Health Program Analyst, Employee Assistance Program
James Papaleo, Police ID Services Manager, Record and Identification
Tomasz Rog, Police Communications Dispatcher, Radio
Yvonne Whittington, Department Inventory Manager, Finance

DRAFT

## Project Team

Victoria Asare, Senior Managing Consultant, PFM Group Consulting LLC
Oliver Iyer, Strategy, Policy, and Management Fellow, Philadelphia Police Department
Ganesha Martin, Esq., Founder, Meet in the Middle
Maureen Q. McGough, Strategic Advisor, Meet in the Middle
Jasmine Reilly, PhD, Corporal, Philadelphia Police Department
Gentry Schaffer, Senior Managing Consultant, PFM Group Consulting LLC
Sarah Schirmer, Managing Director, PFM Group Consulting LLC
Seth Williams, Director, PFM Group Consulting LLC
David Zega, Executive Director of Strategic Planning, Philadelphia Police Department

Additional facilitation support from PFM Group Consulting LLC provided by:
Ayo Aladesanmi
Charlie Bell
Samantha Brandt
Hannah Friedrich
Stephanie Gotfried
Michael Harrity
Lieke Janssen Castro
Brad Kwon
Jodi Padden
Kevin Perez
Jacob Slobotkin
Brett Stephenson
Rose Teszler
Kaleb Sy
Brianna Unegbu

DRAFT

## REFERENCES


[1] Mazerolle, Lorraine, Antrobus, Emma, Bennett, Sarah, and Tom Tyler. 2013. "Shaping Citizen Perceptions of Police Legitimacy: A Randomized Field Trial of Procedural Justice." *Criminology, 51*(1): 33-63.
[2] Maguire, Edward and Williams Wells (eds). 2009. *Implementing Community Policing: Lessons from 12 Agencies*. Washington, DC: Community Oriented Policing Services, U.S. Department of Justice. Available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-w0746-pub.pdf.
[3] Maguire, Edward and Williams Wells (eds). 2009. *Implementing Community Policing: Lessons from 12 Agencies*. Washington, DC: Community Oriented Policing Services, U.S. Department of Justice. Available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-w0746-pub.pdf.
[4] President's Task Force on 21st Century Policing. 2015. Final Report of the President's Task Force on 21st Century Policing. Washington, DC: Office of Community Oriented Policing Services. Available at https://www.govinfo.gov/content/pkg/GOVPUB-J36-PURL-gpo64136/pdf/GOVPUB-J36-PURL-gpo64136.pdf
[5] Grimmelikhuijsen, Stephan and Albert Meijer. 2014. "Effects of Transparency on the Perceived Trustworthiness of a Government Organization: Evidence from an Online Experiment." *Journal of Public Administration Research and Theory*, 24(1): 137–157. Available at https://doi.org/10.1093/jopart/mus048
[6] U.S. Department of Justice. 2019. Law Enforcement Best Practices: Lessons Learned from the Field. Washington, DC: Office of Community Oriented Policing Services. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf
[7] Skogan, Wesley G. 2015. "Disorder and Decline: The State of Research." *Journal of Research in Crime and Delinquency*, 52(4): 464–485. Available at https://doi.org/10.1177/0022427815577836
[8] Weisburd, David and John E. Eck. 2004. "What Can Police Do to Reduce Crime, Disorder, and Fear?" *The Annals of the American Academy of Political and Social Science*, 593(1): 42–65. Available at https://doi.org/10.1177/0002716203262548
[9] Wilson, Jeremy M. and Alexander Weiss. 2014. "A Performance-Based Approach to Police Staffing and Allocation." Washington, DC: Office of Community Oriented Policing Services. Available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-w0715-pub.pdf
[10] Goldstein, Herman. 2003. "On Further Developing Problem-Oriented Policing: The Most Critical Need, the Major Impediments, and a Proposal." *Crime Prevention Studies*, 15: 13–47. Available at 01Goldstein.pdf
[11] McGarrell, Edmund F., Steven Chermak, Alexander Weiss, and Jeremy Wilson. 2001. "Reducing Firearms Violence Through Directed Police Patrol." *Criminology & Public Policy*, 1(1): 119–148. Available at https://doi.org/10.1111/j.1745-9133.2001.tb00079.x
[12] U.S. Department of Justice. 2019. *Law Enforcement Best Practices: Lessons Learned from the Field*. Washington, DC: Office of Community Oriented Policing Services. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf
[13] Davis, Robert & Reich, Warren & Rempel, Michael & Labriola, Melissa. (2021). A Multisite Evaluation of Prosecutor-Led Pretrial Diversion: Effects on Conviction, Incarceration, and Recidivism. Criminal Justice Policy Review. 32. Available at https://www.policinginstitute.org/wp-content/uploads/2017/11/Pretrial-Diversion_Overview_Final_ProvRel.pdf
[14] Petrosino, Anthony, Carolyn Turpin-Petrosino, and Sarah Guckenburg. 2010. "Formal System Processing of Juveniles: Effects on Delinquency." *Campbell Systematic Reviews*, 6(1): 1–88. Available at https://doi.org/10.4073/csr.2010.1
[15] Munetz, Mark R. and Patricia A. Griffin. 2006. "Use of the Sequential Intercept Model as an Approach to Decriminalization of People With Serious Mental Illness." *Psychiatric Services*, 57(4): 544–549. Available at https://doi.org/10.1176/ps.2006.57.4.544
[16] Police Executive Research Forum. 2016. *Building Successful Partnerships between Law Enforcement and Public Health Agencies to Address Opioid Use*. Washington, DC: Office of Community Oriented Policing Services. Available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-p356-pub.pdf
[17] Wilson, Jeremy M. and Clifford A. Grammich. 2009. *Police Recruitment and Retention in the Contemporary Urban Environment*. Santa Monica, CA: RAND Corporation. Available at https://www.rand.org/content/dam/rand/pubs/conf_proceedings/2009/RAND_CF261.pdf
[18] Michelson, Rick. n.d. "Preparing Future Leaders for Tomorrow: Succession Planning for Police Leadership." *Police Chief*. Available at https://www.policechiefmagazine.org/preparing-future-leaders-for-tomorrow/
[19] Sprafka, Henry and April Kranda. 2003. *Institutionalizing Mentoring into Police Departments*. Washington, DC: International Association of Chiefs of Police. Cited in U.S. Department of Justice. 2019. *Law Enforcement Best Practices:*


DRAFT

*Lessons Learned from the Field*. Washington, DC: Office of Community Oriented Policing Services, p. 53. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf

[20] Mugford, Robert, Stephanie Corey, and Craig Bennell. 2013. "Improving Police Training from a Cognitive Load Perspective." *Policing: An International Journal of Police Strategies & Management*, 36(2): 312–337. Available at https://carleton.ca/policeresearchlab/wp-content/uploads/Improving-police.pdf

[21] U.S. Department of Justice. 2019. *Law Enforcement Best Practices: Lessons Learned from the Field*. Washington, DC: Office of Community Oriented Policing Services, p. 48. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf

[22] Police Executive Research Forum. 2015. *Re-Engineering Training on Police Use of Force*. Washington, DC: Police Executive Research Forum. Available at https://www.policeforum.org/assets/reengineeringtraining1.pdf

[23] National Academies of Sciences, Engineering, and Medicine. 2018. *Proactive Policing: Effects on Crime and Communities*. Washington, DC: The National Academies Press.

[24] President's Task Force on 21st Century Policing. 2015. Final Report of the President's Task Force on 21st Century Policing. Washington, DC: Office of Community Oriented Policing Services. Available at https://www.govinfo.gov/content/pkg/GOVPUB-J36-PURL-gpo64136/pdf/GOVPUB-J36-PURL-gpo64136.pdf

[25] U.S. Department of Justice. 2019. *Law Enforcement Best Practices: Lessons Learned from the Field*. Washington, DC: Office of Community Oriented Policing Services, p. 93. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf

[26] Violanti, John M., Luenda E. Charles, Elizabeth McCanlies, Tara A. Hartley, Penelope Baughman, Michael E. Andrew, Desta Fekedulegn, Claudia C. Ma, Anna Mnatsakanova, and Cecil M. Burchfiel. 2017. "Police Stressors and Health: A State-of-the-Art Review." *Policing: An International Journal*, 40(4): 642–656. Available at https://doi.org/10.1108/PIJPSM-06-2016-0097

[27] Gomes GP, Ribeiro N, Gomes DR. The Impact of Burnout on Police Officers' Performance and Turnover Intention: The Moderating Role of Compassion Satisfaction. Administrative Sciences. 2022; 12(3):92. https://doi.org/10.3390/admsci12030092

[28] President's Task Force on 21st Century Policing. 2015. Final Report of the President's Task Force on 21st Century Policing. Washington, DC: Office of Community Oriented Policing Services. Available at https://www.govinfo.gov/content/pkg/GOVPUB-J36-PURL-gpo64136/pdf/GOVPUB-J36-PURL-gpo64136.pdf

[29] U.S. Department of Justice. 2019. *Law Enforcement Best Practices: Lessons Learned from the Field*. Washington, DC: Office of Community Oriented Policing Services, p. 61. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf

[30] Wolfe, Scott E. and Alex R. Piquero. 2011. "Organizational Justice and Police Misconduct." *Criminal Justice and Behavior*, 38(4): 332–353. Available at https://doi.org/10.1177/0093854810397739

[31] Maguire, Edward and William Wells (eds). 2009. *Implementing Community Policing: Lessons from 12 Agencies*. Washington, DC: Community Oriented Policing Services, U.S. Department of Justice, p. 91. Available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-w0746-pub.pdf

[32] National Institute of Justice. 2015. *Mending Justice: Sentinel Event Reviews*. Washington, DC: U.S. Department of Justice. Available at https://www.ojp.gov/pdffiles1/nij/247141.pdf

[33] Tubre, Travis C. and Judith M. Collins. 2000. "Jackson and Schuler (1985) Revisited: A Meta-Analysis of the Relationships Between Role Ambiguity, Role Conflict, and Job Performance." *Journal of Management*, 26(1): 155–169. Available at https://doi.org/10.1177/014920630002600104

[34] Pecino, Vicente, Miguel A. Mañas, Pedro A. Díaz-Fúnez, Juan Aguilar-Parra, David Padilla-Góngora, and Remedios López-Liria. 2017. "Consequences of Team Job Demands: Role Ambiguity Climate, Affective Engagement, and Extra-Role Performance." *Frontiers in Psychology*, 8: 2292. Available at https://doi.org/10.3389/fpsyg.2017.02292

[35] Engel, Robin Shepard. 2001. "Supervisory Styles of Patrol Sergeants and Lieutenants." *Journal of Criminal Justice*, 29(4): 341–355. Available at https://doi.org/10.1016/S0047-2352(01)00091-5

[36] Maguire, Edward R. and William Wells. 2009. *Implementing Community Policing: Lessons from 12 Agencies*. Washington, DC: Community Oriented Policing Services, U.S. Department of Justice. Available at https://portal.cops.usdoj.gov/resourcecenter/content.ashx/cops-w0746-pub.pdf

[37] U.S. Department of Justice. 2019. *Law Enforcement Best Practices: Lessons Learned from the Field*. Washington, DC: Office of Community Oriented Policing Services, p. 17. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf

DRAFT

---

[38] Police Executive Research Forum. 2013. *CompStat: Its Origins, Evolution, and Future in Law Enforcement Agencies*. Washington, DC: Bureau of Justice Assistance. Available at https://bja.ojp.gov/sites/g/files/xyckuh186/files/Publications/PERF-Compstat.pdf

[39] U.S. Department of Justice. 2019. Law Enforcement Best Practices: Lessons Learned from the Field. Washington, DC: Office of Community Oriented Policing Services. Available at https://portal.cops.usdoj.gov/ResourceCenter/content.ashx/cops-w0875-pub.pdf.

[40] Satula, Gregg and Gary Sparger. 2020. "Write It Out: The Importance of the Law Enforcement Procedures Manual." *Lexipol* Available at https://www.lexipol.com/resources/blog/write-it-out-the-importance-of-the-law-enforcement-procedures-manual/.

[41] Strom, Kevin. 2017. "Research on the Impact of Technology on Policing Strategy in the 21st Century, Final Report." Washington, DC: National Institute of Justice.

DRAFT