EEOC No. 530-2027-00503 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
| --- | --- |
| EEOC | 530-2027-00503 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mr. LeRoy Ziegler Jr.

Phone No.: 267-648-6114

Year of Birth:

Mailing Address: 647 Baeder Road
Jenkintown, PA 19046

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Philadelphia Police Department

No. Employees, Members: 501+ Employees

Phone No.: 215-686-3280

Mailing Address: 400 North Broad Street
Philadelphia, PA 19130, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

**DISCRIMINATION BASED ON:**

Retaliation

**DATE(S) DISCRIMINATION TOOK PLACE**

Earliest: 07/18/2026

Latest: 10/17/2026

Continuing Action

**THE PARTICULARS ARE:**

On February 25, 2026, Mr. Ziegler sued the city of Philadelphia, along with several other white male police officers, and accused the city of violating Title VII by discriminating against white men in its promotion of police officers. The case is Bloom v. City of Philadelphia, No. 2:26-cv-01232 (E.D. Pa.).

In retaliation for this lawsuit, Captain James Kimrey personally came to Mr. Ziegler's home on Saturday, July 18, 2026, a date on which Mr. Ziegler called in sick, to conduct an at-home "sick check."

Normally, since Mr. Ziegler lives outside of the city (Jenkintown), a sick check would consists of either a phone call or the Lieutenant would contact the department in which Mr. Ziegler resides, and ask them to conduct a sick check. If the sick check is done in person, 99.9% of the time it is done by a Sergeant or a Lieutenant. It is very rare that a Captain does the sick check in person, especially on a Saturday. Mr. Ziegler has never seen it done by a Captain before.

When Captain Kimrey rang the doorbell, Mr. Ziegler was asleep in bed sick and did not hear the doorbell. Captain Kimrey reported this as a sick-leave violation even though Mr. Ziegler was at home and sick when Kimrey conducted his home check.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mr. LeRoy Ziegler Jr.
10/17/2026

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_______________________________
Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_______________________________

Printed Name _______________________________

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Philadelphia District Office**
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/21/2026

**To:** Mr. LeRoy Ziegler Jr.
647 Baeder Road
Jenkintown, PA 19046

Charge No: 530-2027-00503

EEOC Representative and phone number: Legal Unit
(267) 589 - 9707

---

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2027-00503.

On behalf of the Commission,

Digitally Signed By:Karen McDonough
10/21/2026

Karen McDonough
Deputy District Director

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a