UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Christopher Bloom**, et al.,<br>Plaintiffs,<br>v.<br>**City of Philadelphia**, et al.,<br>Defendants. | Case No. 2:26-cv-01232-JDW |

## DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiffs Christopher Bloom et al. in this litigation, and I submit this declaration alongside the plaintiffs' third amended complaint.

4. On November 13, 2026, Christopher D'Amore, counsel for the defendants, consented in writing to the filing of this third amended complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Jonathan F. Mitchell

Dated: November 13, 2026 JONATHAN F. MITCHELL