**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CHRISTOPHER BLOOM, *et al.*,**

*Plaintiffs*,

v.

**CITY OF PHILADELPHIA, *et al.*,**

*Defendants.*

**Case No. 2:26-cv-01232-JDW**

**ORDER**

AND NOW, this 18th day of November, 2026, upon consideration of the Motion To Intervene As Defendant Of The Guardian Civic League (ECF No. 19), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum. The Clerk Of Court shall add the Guardian Civil League as a Defendant in this action, and the Guardian Civic League shall respond to the Third Amended Complaint on or before December 4, 2026.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.